UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHMI VIG ARORA, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HDFC BANK LIMITED, ADITYA PURI, and SASHIDHAR JAGDISHAN,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-04140-EK-AKT |

**DEFENDANTS HDFC BANK LIMITED, ADITYA PURI, AND
SASHIDHAR JAGDISHAN'S NOTICE OF MOTION AND
<u>MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT</u>**

**PLEASE TAKE NOTICE THAT** upon the accompanying Memorandum of Law and the Declaration of Paul C. Gross, dated April 9, 2021, Defendants HDFC Bank Limited, Aditya Puri, and Sashidhar Jagdishan ("Defendants") hereby move the Court before the Honorable Eric R. Komitee, United States District Judge, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order dismissing the Amended Class Action Complaint ("Complaint") herein.  Defendants move to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4(a) *et seq*. ("PSLRA").  The Complaint's allegations fail to satisfy the PSLRA's heightened pleading requirements, to state a claim under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5, and to plead fraud with particularity.

Dated: April 9, 2021

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Caz Hashemi*
Caz Hashemi (admitted *pro hac vice*)
Rodney G. Strickland, Jr. (admitted *pro hac vice*)
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
chashemi@wsgr.com
rstrickland@wsgr.com

        Sheryl Shapiro Bassin
        Paul C. Gross
        1301 Avenue of the Americas, 40th Floor
        New York, New York 10019
        Telephone: (212) 999-5800
        Facsimile: (212) 999-5899
        sbassin@wsgr.com
        pgross@wsgr.com

*Counsel for Defendants HDFC Bank Limited, Aditya Puri, and Sashidhar Jagdishan*