**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ASHMI VIG ARORA, Individually and On
Behalf of All Others Similarly Situated,

                Plaintiff,

          v.

HDFC BANK LIMITED, ADITYA PURI,
and SASHIDHAR JAGDISHAN,

                Defendants.

Case No.: 2:20-cv-04140-EK-AKT

**DECLARATION OF PAUL C. GROSS IN SUPPORT OF DEFENDANTS HDFC BANK
LIMITED, ADITYA PURI, AND SASHIDHAR JAGDISHAN'S MOTION TO DISMISS
<u>AMENDED CLASS ACTION COMPLAINT</u>**

I, Paul C. Gross, declare that:

1.      I am an attorney with the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, counsel for HDFC Bank Limited ("HDFC"), Aditya Puri, and Sashidhar Jagdishan (together, "Defendants").  I am admitted to practice before this Court.  I submit this Declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint ("Complaint").  Unless otherwise stated, the following facts are within my personal knowledge or are based on review of public records.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from HDFC's Form 20-F for the fiscal year ended March 31, 2020, filed with the U.S. Securities and Exchange Commission ("SEC") on July 31, 2020 and referenced in the Complaint at ¶¶ 10 and 24.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from HDFC's Form 20-F for the fiscal year ended March 31, 2019, filed with the SEC on July 31, 2019 and referenced in the Complaint at ¶¶ 64-72.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from HDFC's Form 20-F for the fiscal year ended March 31, 2018, filed with the SEC on July 25, 2018 and referenced in the Complaint at ¶¶ 56-63.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from HDFC's Form 20-F for the fiscal year ended March 31, 2017, filed with the SEC on July 31, 2017 and referenced in the Complaint at ¶¶ 48-55.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from HDFC's Form 20-F for the fiscal year ended March 31, 2016, filed with the SEC on July 29, 2016 and referenced in the Complaint at ¶¶ 39-47.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from HDFC's

Form 20-F for the fiscal year ended March 31, 2015, filed with the SEC on July 31, 2015 and referenced in the Complaint at ¶¶ 30-38.

8.     Attached hereto as **Exhibit 7** is a true and correct copy of a news article titled "HDFC Bank probes lending practices at vehicle unit" published in *The Economic Times* on July 13, 2020 and referenced in the Complaint at ¶¶ 5, 24 and 73-75.

9.     Attached hereto as **Exhibit 8** is a true and correct copy of a news article titled "Car loan probe: HDFC Bank terminates half a dozen employees for violating the code of conduct" published in *The Economic Times* on July 20, 2020 and referenced in the Complaint at ¶ 78.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of data reflecting the historical price of HDFC's American Depository Shares ("ADSs") from July 12, 2019 through April 8, 2021.  This data is publicly available at http://finance.yahoo.com and was downloaded from that website in the form attached hereto on April 8, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of April, 2021, at Brooklyn, New York.


*s/ Paul C. Gross*
Paul C. Gross

2