# Exhibit 1

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 20-F

☐  **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended March 31, 2020**

**OR**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**OR**

☐  **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of event requiring this shell company report**

**Commission file number 001-15216**

---

# HDFC BANK LIMITED
**(Exact name of Registrant as specified in its charter)**

---

**Not Applicable**
**(Translation of Registrant's name into English)**

**India**
**(Jurisdiction of incorporation or organization)**

**HDFC Bank House, Senapati Bapat Marg, Lower Parel, Mumbai 400013, India**
**(Address of principal executive offices)**

**Name: Santosh Haldankar, Senior Vice President (Legal) and Company Secretary**
**Telephone: 91-22-3976-0711**
**Email: Santosh.Haldankar@hdfcbank.com**
**Office Address: HDFC Bank Ltd; Legal & Secretarial Dept; 2nd floor, Zenith House,**
**Opp. Race Course Gate No. 5 & 6 , Keshavrao Khadye Marg,**
**Mahalaxmi(west), Mumbai 400 034, India.**
**(Name, telephone, e-mail and/or facsimile number and address of company contact person)**

---

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| American Depositary Shares, each representing three Equity Shares, Par value Rs. 1.0 per share | HDB | The New York Stock Exchange |

**Securities registered or to be registered pursuant to Section 12(g) of the Act: Not Applicable**

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: Not Applicable**

---

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report:

**Equity Shares, as of March 31, 2020 5,483,286,460**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Table of Contents

Since commencing operations in January 1995 we have grown rapidly. As of March 31, 2020, we had 5,416 banking outlets and 14,901 ATMs / Cash Deposit and Withdrawal Machines ("CDMs") in 2,803 cities and towns and 56.1 million customers. In addition, we had 5,379 banking outlets managed by common service centers ("CSCs"). On account of the expansion in our geographical reach and the resultant increase in market penetration, our assets have grown from Rs. 13,280.1 billion as of March 31, 2019 to Rs. 15,961.9 billion as of March 31, 2020. Our net income has increased from Rs. 220.1 billion for fiscal 2019 to Rs. 260.3 billion for fiscal 2020. Our loans and deposits as of March 31, 2020 were at Rs. 10,425.0 billion and Rs. 11,462.1 billion respectively. Across business cycles, we believe we have maintained a strong balance sheet and a low cost of funds. As of March 31, 2020, gross non-performing customer assets as a percentage of gross customer assets was 1.43 percent, while net non-performing customer assets constituted 0.52 percent of net customer assets. Our net customer assets represented 94.1 percent of our deposits and our deposits represented 71.8 percent of our total liabilities and shareholders' equity. The average non-interest bearing current accounts and low-interest bearing savings accounts represented 38.0 percent of total deposits as of March 31, 2020. These low-cost deposits and the cash float associated with our transactional services led to an average cost of funds (including equity) of 4.5 percent for fiscal 2020. We had a return on equity (net income as a percentage of average total shareholders' equity) of 15.5 percent for fiscal 2019 and 15.1 percent for fiscal 2020, and at March 31, 2020 had a total capital adequacy ratio (calculated pursuant to RBI guidelines) of 18.52 percent. Our Common Equity Tier I ("CET-I") ratio was 16.43 percent as at March 31, 2020.

**About Our Bank**

HDFC Bank was incorporated in August 1994 and commenced operations as a scheduled commercial bank in January 1995. In 2000, we merged with Times Bank Limited and, in 2008, we acquired Centurion Bank of Punjab Limited ("CBoP"). We are part of the HDFC Group of companies established by our principal shareholder, Housing Development Finance Corporation Limited ("HDFC Limited"), a listed public limited company established under the laws of India. HDFC Limited is primarily engaged in financial services, including mortgages, property-related lending and deposit services. The subsidiaries and associated companies of HDFC Limited are also largely engaged in a range of financial services, including asset management, life insurance and general insurance. HDFC Limited and its subsidiaries (together, "HDFC Group") owned 21.24 percent of our outstanding equity shares as of March 31, 2020 and our Chairperson and Managing Director are nominated by HDFC Limited and appointed with the approval of our shareholders and the RBI. See also "Principal Shareholders". We have no agreements with HDFC Limited or any of its group companies that restrict us from competing with them or that restrict HDFC Limited or any of its group companies from competing with our business. We currently distribute products of HDFC Limited and its group companies, such as home loans of HDFC Limited, life and general insurance products of HDFC Life Insurance Company Limited and HDFC ERGO General Insurance Company Limited, respectively, and mutual funds of HDFC Asset Management Company Limited.

We have two subsidiaries: HDBFSL and HSL. HDBFSL is a non-deposit taking NBFC engaged primarily in the business of retail asset financing while HSL is primarily in the business of providing brokerage and other investment services. Effective April 1, 2018 the financial results of our subsidiary companies have been prepared in accordance with notified Indian Accounting Standards (April 1, 2017 being the transition date). HDBFSL's total assets and shareholders' equity as of March 31, 2020 were Rs. 607.1 billion and Rs. 80.2 billion, respectively. HDBFSL's net income was Rs. 10.0 billion for fiscal 2020. As of March 31, 2020, HDBFSL had 1,468 branches across 1,070 cities in India. HSL's total assets and shareholders' equity as of March 31, 2020 were Rs. 27.7 billion and Rs. 12.5 billion, respectively. HSL's net income was Rs. 3.8 billion for fiscal 2020. On December 1, 2016, Atlas Documentary Facilitators Company Private Ltd. which provided back office transaction processing services to us, and its subsidiary HBL Global Private Ltd. which provided direct sales support for certain products of the Bank, amalgamated with HDBFSL.

Our principal corporate and registered office is located at HDFC Bank House, Senapati Bapat Marg, Lower Parel, Mumbai 400 013, India. Our telephone number is 91-22-6652-1000. Our agent in the United States for the 2001, 2005, 2007, 2015 and 2018 ADS offerings is Depositary Management Corporation, 570 Lexington Avenue, New York, NY 10022.

**Our Competitive Strengths**

We attribute our growth and continuing success to the following competitive strengths:

***We have a strong brand and extensive reach through a large distribution network***

At HDFC Bank, we are focused on understanding our customers' financial needs and providing them with relevant banking solutions. We are driven by our core values: customer focus, operational excellence, product leadership, sustainability and people. This has helped us grow and achieve our status as one of the largest private sector banks in India, while delivering value to our customers, stakeholders, employees and the community. We believe HDFC Bank is one of the most trusted and preferred bank brands in India. We have been acknowledged as "India's Most Valuable Brand" by BrandZ for the sixth consecutive year. We have capitalized on our strong brand by establishing an extensive branch network throughout India serving a broad range of customers in urban, semi-urban and rural regions. As of March 31, 2020, we had 5,416 banking outlets and 14,901 ATMs / CDMs in 2,803 cities and towns and over 56 million customers, and of our total banking outlets, 51.8 percent were in the semi-urban and rural areas. In addition, we had 5,379 banking outlets managed by CSCs. Our banking outlets network is further complemented by our digital platforms, including online and mobile banking solutions, to provide our customers with a lifestyle banking experience, which is categorized into eight categories: Pay, Save, Invest, Borrow, Shop, Trade, Insure and Advice. Our focus is on delivering a highly personalized multi-channel experience to our customers.

4

Table of Contents

The following table shows the gross book value and percentage share of our retail credit products:

| | At March 31, 2020 Value (in millions) | | % of Total Value |
|---|---|---|---|
| **Retail Assets:** | | | |
| Auto loans | Rs. 952,053.1 | US$12,628.4 | 13.3% |
| Personal loans / Credit cards | 1,920,601.6 | 25,475.5 | 26.8% |
| Retail business banking | 1,658,770.3 | 22,002.5 | 23.1% |
| Commercial vehicle and construction equipment finance | 747,382.4 | 9,913.5 | 10.4% |
| Housing loans | 634,612.4 | 8,417.7 | 8.9% |
| Other retail loans | 1,127,380.6 | 14,954.0 | 15.7% |
| Total retail loans | 7,040,800.4 | 93,391.6 | 98.2% |
| Mortgage-backed securities | 38.1 | 0.5 | -% |
| Asset-backed securities | 126,773.2 | 1,681.6 | 1.8% |
| Total retail assets | Rs. 7,167,611.7 | US$95,073.7 | 100.0% |

Note:    The figures above exclude securitized-out receivables. Mortgage-backed securities and asset-backed securities are reflected at fair values.

*Auto Loans*

We offer loans at fixed interest rates for financing of new and used automobile purchases. In addition to our general promotional efforts for retail loans, we market our offerings at various customer touch points such as authorized original equipment manufacturer dealers, direct sales agents, banking outlets, cross sales through other lending businesses of the Bank, phone banking channels, and digital touch points, both internal and external. We believe that we are the leader in the auto loan segment, having established our presence throughout the country over two decades.

*Personal Loans and Credit Cards*

We offer unsecured loans at fixed rates to salaried individuals, self-employed professionals, small businesses and individual businessmen.

We offer credit cards from VISA, MasterCard, Diners and Rupay platforms, including gold, silver, corporate, business, platinum, titanium, signature, world, black and infinite credit cards under the classification of corporate cards, business cards, co-brand cards, premium retail cards and super premium retail cards. We had approximately 12.5 million and 14.5 million cards outstanding ( *i.e.,* total credit cards in circulation) as of March 31, 2019 and March 31, 2020, respectively.

We offer Easy EMI (equated monthly installments) through credit cards, debit cards and consumer loans. Easy EMI is available instantly at no extra cost across multiple product categories, including offline and online channels.

Our efforts in the payments business are continuously focused on meeting customers' specific requirements in the most accessible and relevant manner, while simplifying transactions.

10

Table of Contents

**Employees**

We had 116,971 employees as of March 31, 2020. Most of our employees are located in India. We consider our relationship with our employees to be positive. Further to our acquisition of CBoP in 2008, several employees of CBoP continue to be part of a labor union. These employees represent less than 1 percent of our total employee strength.

Our compensation structure has fixed as well as variable pay components. Our variable pay plans are comprised of periodic performance linked pay (PLP), annual performance linked bonus and employee stock option plans.

In addition to basic compensation, employees are eligible to participate in our provident fund and other employee benefit plans. The provident fund, to which both we and our employees contribute, is a savings scheme required by Government regulation under which the fund is required to pay to employees a minimum annual return, which is proposed to be notified at 8.5 percent for fiscal 2020. If such return is not generated internally by the fund, we are liable for the difference. Our provident fund has generated sufficient funds internally to meet the annual return requirement since inception of the fund. We have also set up a superannuation fund to which we contribute defined amounts. Employees above certain seniority levels are given a choice to contribute to the national pension scheme. We also contribute specified amounts to a pension fund in respect of certain of our former-CBoP employees. In addition, we contribute specified amounts to a gratuity fund set up pursuant to Indian statutory requirements.

We focus on training our employees on a continuous basis. We have training centers, where we conduct regular training programs for our employees. Management and executive trainees generally undergo up to eight-week training modules covering most aspects of banking. We offer courses conducted by both internal and external faculty. In addition to ongoing on-the-job training, we provide employees courses in specific areas or specialized operations on an as-needed basis.

**Properties**

Our registered office and corporate headquarters is located at HDFC Bank House, Senapati Bapat Marg, Lower Parel, Mumbai 400 013. In addition to the corporate office, we have administrative offices in most of the metros and some other major cities in India.

As of March 31, 2020, we had a network consisting of 5,416 banking outlets and 14,901 ATMs/CDMs, including 7,813 at non-branch locations. In addition, we had 5,379 banking outlets managed by the CSCs. These facilities are located throughout India with the exception of three banking outlets which are located in Bahrain, Hong Kong and Dubai. We also have representative offices in the United Arab Emirates and Kenya. We set up and commenced business in an International Financial Service Centre Banking Unit at the Gujarat International Finance Tec-City in June 2017. This branch is treated as an overseas branch.

**Intellectual Property**

We utilize a number of different forms of intellectual property in our business including our HDFC Bank brand and the names of the various products we provide to our customers. We believe that we currently own, have licensed or otherwise possess the rights to use all intellectual property and other proprietary rights, including all trademarks, domain names, copyrights, patents and trade secrets used in our business.

**Legal Proceedings**

We are involved in a number of legal proceedings in the ordinary course of our business, including certain spurious or vexatious proceedings with significant financial claims present on the face of the complaint, but we believe that they lack any merit, based on the historical dismissal of similar claims. Accordingly, we believe there are currently no legal proceedings, which, if adversely determined, might materially affect our financial condition or the results of our operations.

Table of Contents

***Our success depends in large part upon our management team and skilled personnel and our ability to attract and retain such persons.***

We are highly dependent on our management team, including the efforts of our Managing Director and other members of our senior management. Our future performance is dependent on the continued service of these persons or similarly skilled and qualified successors. The term of the Bank's current Managing Director, Mr. Aditya Puri, will end on October 26, 2020. On April 30, 2020, the Bank submitted to the RBI for approval, in order of preference, the names of three candidates to succeed Mr. Puri. As of the date of this report, the RBI has not communicated a decision with respect to its preference for the Bank's new Managing Director. We also face a continuing challenge to recruit and retain a sufficient number of skilled personnel, particularly if we continue to grow. Competition for management and other skilled personnel in our industry is intense, and we may not be able to attract and retain the personnel we need in the future. The loss of key personnel may restrict our ability to grow and consequently have a material adverse impact on our results of operations and financial position.

***We have previously been subject to penalties imposed by the RBI. Any regulatory investigations, fines, sanctions, and requirements relating to conduct of business and financial crime could negatively affect our business and financial results, or cause serious reputational harm.***

The RBI is empowered under the Banking Regulation Act to impose penalties on banks and their employees to enforce applicable regulatory requirements. The Financial Intelligence Unit (India) (the "FIU-IND"), in January 2015, levied a fine on us of Rs. 2.6 million relating to our failure to detect and report attempted suspicious transactions which appeared in media during financial year 2013. We filed an appeal against the order before the appellate tribunal stating that there were only enquiries made by the reporters of the media and there were no instances of any attempted suspicious transactions. In June 2017, the appellate tribunal dismissed the penalty levied by the FIU and observed that the prescribed matter fell within the provisions of section 13(2)(a) of the Prevention of Money Laundering Act, 2002 ("PMLA"), 2002 (pursuant to which a warning was required to be given to the Bank), and that the matter did not fall within section 13(2)(d) of the PMLA (pursuant to which monetary penalties can be imposed on failure to comply with certain obligations under the PMLA) as mentioned by the FIU. However, FIU-IND challenged the appellate tribunal's order in the Delhi High Court. Subsequently, through its order dated September 4, 2019, the Delhi High Court held that the violation of the reporting obligations on the part of the respondent banks warranted issuance of a warning in writing under Section 13(2)(a) of the Act, instead of a monetary penalty as imposed under Section 13(2)(d) of the Act, and disposed of the case filed by FIU-IND.

In October 2015, there were media reports about irregularities in advance import remittances in various banks, further to which the RBI had conducted a scrutiny of the transactions carried out by us. In April 2016, the RBI issued a show cause notice to us to which we submitted our detailed response. After considering our submissions, the RBI imposed a penalty of Rs. 20.0 million on us in July 2016, which we paid, on account of pendency in receipt of bills of entry relating to advance import remittances made and lapses in adhering to KYC and Anti-Money Laundering ("AML") guidelines in this respect. During 2019 we received two separate fines for non-compliance with certain RBI directives. In its order dated February 4, 2019, the RBI imposed a monetary penalty of Rs. 2.0 million on us for failing to comply with the RBI's KYC and AML standards, as set out in their circulars dated November 29, 2004 and May 22, 2008. In its order dated June 13, 2019, the RBI imposed a monetary penalty of Rs. 10 million on us for failing to comply with its KYC, AML and fraud reporting standards, following an investigation into bills of entry submitted by certain importers. The penalties were imposed under Section 47A(1)(c) and Section 46(4)(i) of the Banking Regulation Act, 1949. We have since implemented corrective action to strengthen our internal control mechanisms so as to ensure that such incidents do not repeat themselves. See "*Supervision and Regulation-Penalties*". In 2020, the Bank received one fine for non-compliance with RBI regulations. In its order dated January 29, 2020, the RBI imposed a monetary penalty of Rs. 10 million on the Bank for failure to undertake ongoing due diligence with respect to 39 current accounts which had been opened by customers of the Bank to participate in an initial public offering, but where the transactions effected were disproportionate to the declared income and profile of the customers. This penalty was imposed by the RBI using the powers conferred under the provisions of Section 47A(1)(c) read with Section 46(4)(i) of the Banking Regulation Act 1949. The Bank has since strengthened its internal control mechanisms so as to ensure that such incidents are not repeated.

In May 2020, following an internal inquiry we determined that certain employees received unauthorized commissions from a third-party vendor of GPS products, with whom we have an agreement to offer GPS devices to our auto loan customers. The personal misconduct of these employees is in violation of our code of conduct and governance standards and we have taken disciplinary action with respect to the employees involved, including separation of services of certain employees.

We cannot predict the initiation or outcome of any further investigations by other authorities or different investigations by the RBI. The penalties imposed by the RBI have generated adverse publicity for our business. Such adverse publicity, or any future scrutiny, investigation, inspection or audit which could result in fines, public reprimands, damage to our reputation, significant time and attention from our management, costs for investigations and remediation of affected customers, may materially adversely affect our business and financial results.

41

**Table of Contents**

| | As of March 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2016** | **2017** | **2018** | **2019** | **2020** | **2020** |
| | (in millions) | | | | | |
| **Selected balance sheet data:** | | | | | | |
| Cash and due from banks, and restricted cash | Rs. 377,671.7 | Rs. 430,708.6 | Rs. 574,151.0 | Rs. 734,872.6 | Rs. 611,961.0 | US$ 8,117.3 |
| Loans, net of allowance | 4,935,474.3 | 5,910,412.8 | 7,263,671.8 | 8,963,232.6 | 10,425,022.4 | 138,281.2 |
| Investments: | | | | | | |
| Investments held for trading | 71,860.9 | 35,363.7 | 167,513.9 | 265,516.1 | 304,962.9 | 4,045.1 |
| Investments available for sale, debt securities | 1,877,503.7 | 2,109,877.9 | 2,221,443.3 | 2,633,348.4 | 3,406,289.2 | 45,182.2 |
| Total | 1,949,364.6 | 2,145,241.6 | 2,388,957.2 | 2,898,864.5 | 3,711,252.1 | 49,227.4 |
| Total assets[2] | Rs.7,736,723.3 | Rs.9,066,980.5 | Rs.11,367,308.8 | Rs.13,280,073.6 | Rs.15,961,889.1 | US$211,724.1 |
| Long-term debt | 522,313.5 | 730,920.7 | 932,906.3 | 1,044,553.0 | 1,026,518.3 | 13,616.1 |
| Short-term borrowings | 253,562.4 | 322,265.6 | 779,201.7 | 654,058.0 | 377,417.6 | 5,006.2 |
| Total deposits | 5,457,860.3 | 6,431,322.9 | 7,883,751.5 | 9,225,026.9 | 11,462,071.3 | 152,037.0 |
| Of which: | | | | | | |
| Interest-bearing deposits | 4,575,414.5 | 5,277,644.0 | 6,693,649.3 | 7,804,717.5 | 9,730,481.3 | 129,068.6 |
| Non-interest bearing deposits | 882,445.8 | 1,153,678.9 | 1,190,102.2 | 1,420,309.4 | 1,731,590.0 | 22,968.4 |
| Total liabilities[2] | 6,865,928.1 | 8,039,079.4 | 10,190,815.5 | 11,644,449.0 | 14,065,395.3 | 186,568.4 |
| Noncontrolling interest | 1,485.0 | 1,847.5 | 2,329.7 | 3,049.3 | 3,411.4 | 45.3 |
| HDFC Bank Limited shareholders' equity | 869,310.2 | 1,026,053.6 | 1,174,163.6 | 1,632,575.3 | 1,893,082.4 | 25,110.4 |
| Total liabilities and shareholders' equity | Rs.7,736,723.3 | Rs.9,066,980.5 | Rs.11,367,308.8 | Rs.13,280,073.6 | Rs.15,961,889.1 | 211,724.1 |

| | Year ended March 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2016** | **2017** | **2018** | **2019** | **2020** | **2020** |
| | (in millions) | | | | | |
| **Period average[3]** | | | | | | |
| Interest-earning assets | Rs.6,334,288.6 | Rs.7,584,354.9 | Rs. 9,052,769.4 | Rs.11,082,789.8 | Rs.12,882,466.7 | US$170,877.7 |
| Loans, net of allowance | 4,278,152.9 | 5,156,042.6 | 6,507,446.5 | 8,012,985.1 | 9,342,363.0 | 123,920.5 |
| Total assets | 6,776,037.8 | 8,099,122.2 | 9,634,335.7 | 11,774,471.6 | 13,797,721.6 | 183,017.9 |
| Interest-bearing deposits | 4,301,515.1 | 5,053,872.7 | 5,849,539.4 | 7,131,163.3 | 8,684,183.5 | 115,190.1 |
| Non-interest bearing deposits | 620,340.4 | 784,108.7 | 946,157.4 | 1,029,226.1 | 1,202,574.5 | 15,951.4 |
| Total deposits | 4,921,855.5 | 5,837,981.4 | 6,795,696.8 | 8,160,389.4 | 9,886,758.0 | 131,141.5 |
| Interest-bearing liabilities | 5,130,083.6 | 6,104,324.6 | 7,260,929.1 | 8,926,793.0 | 10,306,283.8 | 136,706.2 |
| Long-term debt | 485,713.4 | 646,512.9 | 881,556.7 | 1,015,061.9 | 1,023,425.5 | 13,575.1 |
| Short-term borrowings | 342,855.1 | 403,939.0 | 529,833.0 | 780,567.8 | 598,674.8 | 7,941.0 |
| Total liabilities | 5,955,268.7 | 7,155,571.9 | 8,553,295.8 | 10,355,177.0 | 12,069,459.7 | 160,093.6 |
| Total shareholders' equity | 820,769.1 | 943,550.3 | 1,081,039.9 | 1,419,294.6 | 1,728,261.9 | 22,924.3 |

Table of Contents

**Management's Annual Report on Internal Control Over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting, as defined in Rules 13a-15(f) and 15d-15(f) of the Exchange Act. Our internal control over financial reporting is a process to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. Our internal control over financial reporting includes those policies and procedures that:

- pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect transactions and dispositions of our assets;
- provide reasonable assurance that transactions are recorded as necessary to permit the preparation of financial statements in accordance with generally accepted accounting principles, and that our receipts and expenditures are being made only in accordance with authorizations of our management and directors; and
- provide reasonable assurance regarding the prevention or timely detection of unauthorized acquisitions, use or dispositions of our assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness for future periods are subject to the risks that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Management assessed the effectiveness of our internal control over financial reporting as of March 31, 2020. In conducting its assessment, management based its evaluation on the framework contained in the Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013). Based on its assessment, management has concluded that our internal control over financial reporting was effective as of March 31, 2020. Our independent registered public accounting firm, KPMG Assurance and Consulting Services LLP ("KPMG"), has performed an integrated audit and has issued their report, included herein, on (1) our consolidated financial statements, and (2) the effectiveness of our internal controls over financial reporting as of March 31, 2020. KPMG (Registered) (a partnership firm with Registration No. BA-62445) converted into KPMG Assurance and Consulting Services LLP (a Limited Liability Partnership with LLP Registration No. AAT-0367), with effect from July 23, 2020.

**Changes in Internal Controls**

There were no changes in our internal controls or in other factors that could, or are reasonably likely to, materially affect these controls during the period covered by this report.

**Audit Committee Financial Expert**

Mr. M.D Ranganath and Mr. Sanjiv Sachar are the Audit Committee financial experts, as defined in Item 401(h) of Regulation S-K, and are independent pursuant to the applicable SEC rules.

**Code of Ethics**

We have a written Code of Ethics, which is applicable to the Board Members and officials of the Bank one level below the Board. We believe the code constitutes a "code of ethics", as defined in Item 16B of Form 20-F. We will provide a copy of such Code of Ethics to any person without charge upon request. Requests may be made by writing to shareholder.grievances@hdfcbank.com.

We also have a whistleblower policy that contains procedures for receiving, retaining and treating complaints received, and procedures for the confidential and anonymous submission by employees of complaints, regarding questionable accounting or auditing matters or conduct which results in a violation of law by the Bank or in a substantial mismanagement of the Bank's resources. Under this whistleblower policy, our employees are encouraged to report questionable accounting matters or any fraudulent financial information provided to our shareholders, the government or the financial markets, or any conduct that results in a violation of law by the Bank, to our management (on an anonymous basis, if employees so desire). Under this policy we have also prohibited discrimination, retaliation or harassment of any kind against any employee who, based on the employee's reasonable belief that such conduct or practices have occurred or are occurring, reports such information or participates in an investigation.

133

Table of Contents

**Report of Independent Registered Public Accounting Firm**

To the Shareholders and Board of Directors
HDFC Bank Limited

*Opinion on Internal Control Over Financial Reporting*

We have audited HDFC Bank Limited and subsidiaries' (the Company) internal control over financial reporting as of March 31, 2020, based on criteria established in
*Internal Control - Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of March 31, 2020, based on criteria established in
*Internal Control - Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the consolidated balance sheets of the Company as of March 31, 2020 and 2019, the related consolidated statements of income, comprehensive income, shareholders' equity, and cash flows for each of the years in the three-year period ended March 31, 2020, and the related notes (collectively, the consolidated financial statements), and our report dated July 31, 2020 expressed an unqualified opinion on those consolidated financial statements.

*Basis for Opinion*

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report On Internal Control Over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audit also included performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

*Definition and Limitations of Internal Control Over Financial Reporting*

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ KPMG Assurance and Consulting Services LLP

Mumbai, India
July 31, 2020

KPMG (Registered) (a partnership firm with Registration No. BA-62445) converted into KPMG Assurance and Consulting Services LLP (a Limited Liability Partnership with LLP Registration No. AAT-0367), with effect from July 23, 2020.

193