# Exhibit 2

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 20-F

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended March 31, 2019**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**OR**

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of event requiring this shell company report**

**Commission file number 001-15216**

# HDFC BANK LIMITED

**(Exact name of Registrant as specified in its charter)**

**Not Applicable**
**(Translation of Registrant's name into English)**

**India**
**(Jurisdiction of incorporation or organization)**

**HDFC Bank House, Senapati Bapat Marg, Lower Parel, Mumbai 400013, India**
**(Address of principal executive offices)**

**Name: Santosh Haldankar, Vice President (Legal) and Company Secretary**
**Telephone: 91-22-6652-1099**
**Email: Santosh.Haldankar@hdfcbank.com**
**Address: 4th floor, HDFC Bank House, Senapati Bapat Marg, Lower Parel, Mumbai 400 013, India.**
**(Name, telephone, e-mail and/or facsimile number and address of company contact person)**

**Table of Contents**

The following table shows the gross book value and share of our retail credit products:

| Retail Assets: | At March 31, 2019 Value (in millions) | | % of Total Value |
|---|---|---|---|
| Auto loans | Rs.  951,744.2 | US$13,761.5 | 15.2% |
| Personal loans / Credit cards | 1,538,107.4 | 22,239.8 | 24.5% |
| Retail business banking | 1,478,317.8 | 21,375.3 | 23.6% |
| Commercial vehicle and construction equipment finance | 746,288.0 | 10,790.7 | 11.9% |
| Housing loans | 513,771.6 | 7,428.7 | 8.2% |
| Other retail loans | 1,009,674.6 | 14,599.1 | 16.0% |
| Total retail loans | 6,237,903.6 | 90,195.1 | 99.4% |
| Mortgage-backed securities | 56.9 | 0.8 | —% |
| Asset-backed securities | 38,869.9 | 562.0 | 0.6% |
| Total retail assets | Rs.6,276,830.4 | US$90,757.9 | 100.0% |

Note:     The figures above exclude securitized-out receivables. Mortgaged-backed securities and asset-backed securities are reflected at fair values.

*Auto Loans*

We offer loans at fixed interest rates for financing of new and used automobile purchases. In addition to our general marketing efforts for retail loans, we market our offerings at various customer touch points such as authorized dealers, direct sales agents, our banking outlets and the phone banking channel, and from our digital touch points. We believe that we are the leader in the auto loan segment, having established our presence over almost two decades.

*Personal Loans and Credit Cards*

We offer unsecured personal loans at fixed rates to specific customer segments, including salaried individuals and self-employed professionals. In addition, we offer unsecured personal loans to small businesses and individual businessmen.

We offer credit cards from VISA, MasterCard and Diners platforms, including gold, silver, corporate, business, platinum, titanium, signature, world, black, infinite, credit cards under the classification of corporate cards, business cards, co-brand cards, premium retail cards and super premium retail cards. We had approximately 10.7 million and 12.5 million cards outstanding (*i.e.,* total credit cards in circulation) as of March 31, 2018 and March 31, 2019, respectively.

We launched Easy EMI (equated monthly installments) on our credit and debit cards through which customers can make payments for items purchased using their cards in installments. We offer Easy EMI through credit cards, debit cards and consumer loans at authorized stores across India. Easy EMI on debit cards is offered without blocking any funds in the account. It is available on a simple swipe of the debit card at any of authorized stores. Easy EMI on debit cards is also available on major e-commerce sites. Online and in-store purchases can be instantly converted into Easy EMI on credit cards. Consumer loans are available at no extra cost, instantly across multiple product categories from consumer durables to electronics to furniture to lifecare treatments at designated stores.

Our efforts in the payments business are continuously focused on meeting customers' specific requirements in the most accessible and relevant manner, while simplifying transactions.

10

Table of Contents

**Management's Annual Report on Internal Control Over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting, as defined in Rules 13a-15(f) and 15d-15(f) of the Exchange Act. Our internal control over financial reporting is a process to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. Our internal control over financial reporting includes those policies and procedures that:

- pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect transactions and dispositions of our assets;
- provide reasonable assurance that transactions are recorded as necessary to permit the preparation of financial statements in accordance with generally accepted accounting principles, and that our receipts and expenditures are being made only in accordance with authorizations of our management and directors; and
- provide reasonable assurance regarding the prevention or timely detection of unauthorized acquisitions, use or dispositions of our assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness for future periods are subject to the risks that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Management assessed the effectiveness of our internal control over financial reporting as of March 31, 2019. In conducting its assessment, management based its evaluation on the framework contained in the Internal Control—Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013). Based on its assessment, management has concluded that our internal control over financial reporting was effective as of March 31, 2019. Our independent registered public accounting firm, KPMG, has performed an integrated audit and has issued their report, included herein, on (1) our consolidated financial statements, and (2) the effectiveness of our internal controls over financial reporting as of March 31, 2019.

**Changes in Internal Controls**

There were no changes in our internal controls or in other factors that could, or are reasonably likely to, materially affect these controls during the period covered by this report.

**Audit Committee Financial Expert**

Mr. M.D Ranganath and Mr. Sanjiv Sachar are the Audit Committee financial experts, as defined in Item 401(h) of Regulation S-K, and are independent pursuant to the applicable SEC rules.

**Code of Ethics**

We have a written Code of Ethics, which is applicable to the Board Members and officials of the Bank one level below the Board. We believe the code constitutes a "code of ethics", as defined in Item 16B of Form 20-F. We will provide a copy of such Code of Ethics to any person without charge upon request. Requests may be made by writing to shareholder.grievances@hdfcbank.com.

We also have a whistleblower policy that contains procedures for receiving, retaining and treating complaints received, and procedures for the confidential and anonymous submission by employees of complaints, regarding questionable accounting or auditing matters or conduct which results in a violation of law by the Bank or in a substantial mismanagement of the Bank's resources. Under this whistleblower policy, our employees are encouraged to report questionable accounting matters or any fraudulent financial information provided to our shareholders, the government or the financial markets, or any conduct that results in a violation of law by the Bank, to our management (on an anonymous basis, if employees so desire). Under this policy we have also prohibited discrimination, retaliation or harassment of any kind against any employee who, based on the employee's reasonable belief that such conduct or practices have occurred or are occurring, reports such information or participates in an investigation.