# Exhibit 7

BENCHMARKS **CLOSED**
Sensex 49,509.15  -627.43

NSE LOSER-LARGE CAP
Au Small Fin B... 1,227.85  -71.05

FEATURED FUNDS ★★★★★
ICICI Prudential Long Te...

5Y RETURN
**14.8 %** INVEST NOW

MARKET WATCH ⌄

THE ECONOMIC TIMES | Industry

English Edition ▾ | E-Paper

Sign In

**Holi Offer on ET Prime**

Home   ETPrime   Markets   News   **Industry**   RISE   Politics   Wealth   MF   Tech   Jobs   Opinion   NRI   Panache   ET NOW   More ▾

Auto ▾   Banking/Finance ▾   Cons. Products ▾   Energy ▾   Renewables   Ind'l Goods/Svs ▾   Healthcare/Biotech ▾   Services ▾   Media/Entertainment ▾   More ▾

Business News › Industry › Banking/Finance › Banking › HDFC Bank probes lending practices at vehicle unit

ET BANKING/FINANCE NEWS | Powered by

# HDFC Bank probes lending practices at vehicle unit

Bloomberg     Last Updated: Jul 13, 2020, 08:07 AM IST

### Synopsis

India's most valuable lender by market capitalization decided against proceeding with an earlier proposal to extend the employment of Ashok Khanna, an 18-year veteran at the bank, after the investigation was completed, said sources. The vehicle financing unit he headed had outstanding loans of more than Rs 1.2 lakh crore ($16 billion) as of March 31.

**IN THE SPOTLIGHT**
Expert insights on future of defence. Register Now





HDFC Bank is bracing for a leadership change with Aditya Puri set to step down after 26 years at the helm.

**By Suvashree Ghosh and Anto Antony**

**HDFC Bank** NSE -3.86 % Ltd. has conducted a probe into allegations of improper lending practices and conflicts of interests in its vehicle-financing operation involving the unit's former head, according to people familiar with the matter.

MOST READ          MOST SHARED          |

HUL's FMCG gamechanger hits rural sweet spot, Shakti juggernaut makes rivals sit up and take notice

This unseen film by MakeMyTrip will definitely increase your 'Interest Rate' in travelling this year!

A year of online classes, exams: COVID-19 prompts shift to 'new normal' in teaching & learning

Passenger on SpiceJet flight tries to open emergency door mid-air

Suez blockage ends, but Indian crew may face legal charges

More »

India's most valuable lender by market capitalization decided against proceeding with an earlier proposal to extend the employment of **Ashok Khanna**, an 18-year veteran at the bank, after the investigation was completed, said the people, who asked not to be identified as the information remains confidential. The vehicle financing unit he headed had outstanding loans of more than Rs 1.2 lakh crore ($16 billion) as of March 31.

HDFC Bank's management had been discussing a proposal for Khanna to stay on as the unit's head for six months until October, to ensure continuity ahead of the retirement later this year of longstanding Managing Director **Aditya Puri**, according to the people. After the investigation, Khanna retired at the end of March in line with his contract, they added.

**Top Trending Industry Terms**

Volkswagen Taigun Price

Volkswagen T Roc Price

Vistara Luggage Delivery Service     Covishield

Big Bazaar     Telecom News     Banking News

Finance News     Auto News

**Not to be Missed**

Cost of domestic cylinder reduced by Rs 10



Ad HEATPEAK

## Our hearts go out to Angelina Jolie.

VISIT SITE



Sponsored by

Core sector contracts 4.6% in February

Vi lost 2.3 mn users in Jan, not gained: Trai

COVID-19 third leading cause of US deaths

ICICI, Axis to co-lead NUE with Amazon, Visa

Non-food bank credit offtake slows to 6.5%

Indian Railways freight revenue grows by 3%

Retailers protest online bias for Redmi Note 10

Join FM, Nirmala Sitharaman on Mar 20 at 5 PM | Register Now!

Govt mops up Rs 32,835 cr from divestment

'Decline in oil prices will benefit consumers'

$2 billion capital to be infused in 4 state banks

MPC to meet six times during 2021-22

April-Feb fiscal deficit hits 76% of target

Govt extends current foreign trade policy

The result of the investigation isn't public, but it followed issues thrown up by an internal audit of the bank's vehicle-dealer lending, as well as allegations of conflicts of interest in the purchase of global positioning systems for vehicles financed by the bank, the people said, without disclosing what the probe uncovered.

HDFC Bank is bracing for a leadership change with Puri set to step down after 26 years at the helm. He will retire when he turns 70 in October under Reserve Bank of India rules that restrict the age of top bank executives.

Khanna, who was 63 at the time of leaving the bank in March, had been due to step aside at the age of 60 but had been receiving extensions since 2017. That was due in part to the importance of the unit he headed, which accounts for more than 10% of the total loan book.

A representative of HDFC Bank confirmed there had been an investigation into the vehicle-financing unit but declined to give details. In an emailed statement, he said Khanna had retired in March in line with the terms of his employment contract.

"The bank has a well-established process of investigating every complaint that it receives and takes actions as appropriate," the representative said in the email. "In the said instance as well, the bank has followed the due process."

Khanna declined to comment on the investigation, referring questions on the subject to the bank. He denied that any extension to his contract had been proposed, adding that he had retired from the bank in March as planned.