# Exhibit 8

BENCHMARKS **CLOSED**
**Nifty** 14,834.85  **-38.95**

NSE GAINER-LARGE CAP
**Adani Gas** 1,092.55  **99.30**

FEATURED FUNDS  ★★★★★  5Y RETURN
**ICICI Prudential Smallca...**  **15.87 %**  **INVEST NOW**

**MARKET WATCH ∨**

THE ECONOMIC TIMES | Industry

English Edition ∨ | E-Paper

Sign In

**Special Offer on ET Prime**

Home    ETPrime    Markets    News    **Industry**    RISE    Politics    Wealth    MF    Tech    Jobs    Opinion    NRI    Panache    ET NOW    More ▾

Auto ▾    Banking/Finance ▾    Cons. Products ▾    Energy ▾    Renewables    Ind'l Goods/Svs ▾    Healthcare/Biotech ▾    Services ▾    Media/Entertainment ▾    More ▾

Business News › Industry › Banking/Finance › Banking › Car loan probe: HDFC Bank terminates half a dozen employees for violating the code of conduct

ET BANKING/FINANCE NEWS | Powered by

# Car loan probe: HDFC Bank terminates half a dozen employees for violating the code of conduct

By Saloni Shukla, ET Bureau    Last Updated: Jul 22, 2020, 09:08 AM IST

**Synopsis**

This termination pertains to practices at the auto loans department where some staff allegedly forced customers to buy the GPS devices bundling it with the car loan. It was found that some customers were not even aware of purchasing such a product till the loan documents were checked.



**IN THE SPOTLIGHT**
Sanjiv Goenka highlighted the recovery of India



These errant employees started forcefully bundling these products with car loans to meet sales targets and potentially track borrowers in the event of a default.

**Private lender HDFC Bank** terminated at least six senior and mid-level executives after an internal probe revealed that they violated the code of conduct and governance standards by indulging in practices seen as corrupt, three people familiar with the matter said. This termination pertains to practices at the auto loans department where some staff allegedly forced customers to buy the GPS devices bundling it with the **car loan**. It was found that some customers were not even aware of purchasing such a product till the loan documents were checked.

These errant employees started forcefully bundling these products with car loans to meet sales targets and potentially track borrowers in the event of a default.

HDFC Bank has a tie-up with Trackpoint GPS to sell these devices.

HDFC Bank did not respond to a detailed questionnaire seeking comments.

MOST READ        MOST SHARED    |

Oyo squashes rumours of bankruptcy following an NCLT order

How to choose a great career based on personality profile and interests

Committee with no domain expertise approved indigenously manufactured Covaxin, say health experts

Dawn of a new era of wellness: Self-care becomes the new mantra with nutrition and immunity taking the centerstage

Gurgaon hikes circle rate at posh localities by upto 90 per cent

More »

## Top Trending Industry Terms

WHO    AstraZeneca Vaccine    Zee Entertainment    McDonalds India    Ssangyong Motor    Indian Railways    HZL    Johnson & Johnson    Adani Enterprises    CBSE Board Exams    Serum Institute    Vodafone Idea    Sony Netflix Deal    Maharashtra Multiplexes Shutdown    Bharti Airtel    Nirmala Sitharaman

Ad  Investment Plans for NRIs

**Invest 18k per month & Get 2 Crore Return on Maturity**

VISIT SITE



policybazaar

Best Investment Plans for **USA-Based NRIs**

Know More

Sponsored by

"This is a bank approved product, it's quite a minuscule portion of the banks portfolio, hardly **4000-5000** of these devices costing Rs 18,000-19,000 each were sold every month," said an official in the know. "The gross failure for the bank has been its audit which failed to spot the misdoing."

HDFC Bank is the largest vehicle finance provider and books at least **50000-55000** car loans every month. It has an annual business worth at least Rs 40,000 crore. At the end of June 2020, the lender had an outstanding vehicle loan portfolio of Rs 81,082 crore against Rs 81,913 crore during the same period last year.

Speaking at the bank's annual general meeting over the weekend **Aditya Puri**, the chief of **HDFC Bank** NSE -0.77 % had denied there being any "conflict of interest".

"We had received some whistle-blowing complaints, internal enquiries carried out in the matter on the complaints received has not brought out any conflict of interest issue nor does it have any bearing on our loan portfolio," Puri had said. "Enquiry did bring out another aspect related to personal misconduct exhibited by a set of individuals for which appropriate disciplinary actions have been taken."

A Bloomberg report last week had suggested that Ashok Khanna, the former head of the bank's vehicle financing business had been denied an extension after a probe was launched into its vehicle loan portfolio.

"Ashok Khanna, being head of that business segment, had also participated in the enquiry process. Subsequently, he superannuated on 31 March, 2020 upon expiry of his tenure and as per the original terms of employment," Puri had clarified.

Khanna exclusively spoke to ET and denied all allegations against him claiming that he retired as per due process.

AGR Dues    Reliance Entertainment

Covid Vaccine    Telecom News

Banking News    Finance News    Auto News

## Not to be Missed

Mini-lockdown may hit MFIs' earnings: Crisil


More NRI money may flow into realty in FY22


Boeing pulls some 737 MAX jets from service


Expert: Lack of oxygen killed George Floyd


US envoy Kerry discusses climate challenges


'Moderna vaccine antibodies last 6 months'


Ambuja plans to ramp up capacity to 50 mtpa


FM asks WB Group to sustain Covid response


Join FM, Nirmala Sitharaman on Mar 20 at 5 PM | Register Now!


MSME insolvency: Rs 10L min default limit


Prince Philip will not have a state funeral


EU seeks new contract with Pfizer/BioNTech


WHO expects to review Chinese vaccines


Tanishq reinvents its wedding brand 'Rivaah'


WHO laments imbalance in shot distribution


"The news published of my retirement on the completion of the contract is correct, I did not have any offer of an extension, as I already had received a 3 years extension," Khanna told ET. "There was no offer made to me which I declined. There is an attempt to malign my name and reputation by someone. I have worked for 18 yrs and created a great quality - highly profit making & envious franchise for the bank. I have always practiced zero tolerance for any malafide intent, be it channel partners or employees."

Industry sources indicated that ICICI Bank and **Axis Bank** NSE -1.97 % were also offering similar products, only if the customer chose to opt for it. While Axis Bank declined comment because it is in silent period, ICICI Bank clarified that only 5% of its customers purchased such a product.

"We would like to clarify that ICICI Bank does not sell any accessory while providing vehicle loans to customers," the lender said in an email statement. "In case a customer wishes to buy an accessory, he/she has the option to seek finance from us for the product while availing the vehicle loan. We have seen that only 5% of our customers purchase a GPS tracker on finance from us on a monthly basis."

( Originally published on Jul 21, 2020 )

Dr Reddy's asked for more data on Sputnik V

Eruption rocks volcano in St. Vincent

Ind Inc logs double-digit revenue growth in Q4

Maha:2nd wave may impact festive auto sales

Little sign Queen Elizabeth will abdicate

DoT issues notice to Vi over licence fee dues

5 NCR mkts see an uptrend in property prices

'No data on French 'mix and match' vax policy:

**NEXT STORY**

# Mini-lockdown may affect microfinance institutions' collections: Crisil

*on The Economic Times.)*

*Download The Economic Times News App to get Daily Market Updates & Live*

PTI    Last Updated: Apr 09, 2021, 09:49 PM IST

## ETPrime stories of the day



EVERGREEN

An ACT of strategy: how a Bengaluru-based ISP is protecting its turf in the Jio-Airtel era

12 mins read



OTT

The world is not enough: new ISPs are vying to connect every nook and cranny of earth from space

8 mins read



PHARMA

How to win the US: Alembic Pharma will have to crack the complex-products game

9 mins read

'Possible electrical issue in some 737 Max'

Doctors to benefit from UK's visa extension

Mfg firms to vaccinate staff at plants, offices

L&T to set up solar power project in Saudi

Tax collections surpass revised budget target