# Exhibit 9

HDFC Historical Closing Prices July 12, 2019 - April 8, 2021

*Source: Yahoo! Finance*

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 7/12/2019 | 63.75 | 63.79 | 62.87 | 62.97 | 62.85 | 996800 |
| 7/15/2019 | 63.22 | 63.57 | 62.88 | 62.97 | 62.84 | 1045800 |
| 7/16/2019 | 63.08 | 63.11 | 62.56 | 62.63 | 62.51 | 896400 |
| 7/17/2019 | 62.72 | 62.98 | 62.43 | 62.96 | 62.84 | 793800 |
| 7/18/2019 | 63.07 | 63.67 | 62.87 | 63.54 | 63.42 | 1061000 |
| 7/19/2019 | 62.70 | 62.76 | 60.95 | 61.68 | 61.56 | 2090800 |
| 7/22/2019 | 60.54 | 60.74 | 58.43 | 58.75 | 58.64 | 3416000 |
| 7/23/2019 | 58.31 | 58.58 | 57.10 | 57.65 | 57.54 | 4125400 |
| 7/24/2019 | 57.97 | 58.88 | 57.93 | 58.42 | 58.31 | 1899800 |
| 7/25/2019 | 58.69 | 58.90 | 58.15 | 58.21 | 58.09 | 1420000 |
| 7/26/2019 | 58.42 | 58.42 | 57.55 | 57.58 | 57.47 | 1922600 |
| 7/29/2019 | 57.61 | 57.67 | 57.17 | 57.50 | 57.39 | 1262200 |
| 7/30/2019 | 57.45 | 57.49 | 56.83 | 56.95 | 56.84 | 1593600 |
| 7/31/2019 | 57.20 | 57.72 | 57.17 | 57.49 | 57.49 | 2325200 |
| 8/1/2019 | 57.27 | 58.11 | 56.99 | 57.29 | 57.29 | 1210800 |
| 8/2/2019 | 56.79 | 57.21 | 56.77 | 56.91 | 56.91 | 1317200 |
| 8/5/2019 | 55.56 | 55.67 | 54.56 | 54.72 | 54.72 | 2229400 |
| 8/6/2019 | 55.28 | 56.09 | 55.28 | 55.90 | 55.90 | 1289600 |
| 8/7/2019 | 55.33 | 56.03 | 55.06 | 55.46 | 55.46 | 2326400 |
| 8/8/2019 | 56.69 | 57.22 | 56.23 | 56.29 | 56.29 | 2819600 |
| 8/9/2019 | 57.00 | 57.29 | 56.42 | 56.44 | 56.44 | 1645200 |
| 8/12/2019 | 56.20 | 56.69 | 56.00 | 56.49 | 56.49 | 801600 |
| 8/13/2019 | 55.54 | 55.70 | 55.11 | 55.55 | 55.55 | 1605800 |
| 8/14/2019 | 55.43 | 55.45 | 54.42 | 54.55 | 54.55 | 1505600 |
| 8/15/2019 | 54.60 | 54.99 | 54.49 | 54.87 | 54.87 | 1037400 |
| 8/16/2019 | 55.01 | 55.38 | 54.65 | 55.25 | 55.25 | 1545000 |
| 8/19/2019 | 55.15 | 55.38 | 54.44 | 54.44 | 54.44 | 1030400 |
| 8/20/2019 | 54.85 | 54.93 | 54.46 | 54.70 | 54.70 | 1340800 |
| 8/21/2019 | 55.00 | 55.00 | 54.65 | 54.67 | 54.67 | 1746000 |
| 8/22/2019 | 53.96 | 54.00 | 52.65 | 52.68 | 52.68 | 2930400 |
| 8/23/2019 | 53.38 | 54.17 | 52.87 | 53.07 | 53.07 | 4554000 |
| 8/26/2019 | 54.53 | 54.59 | 53.38 | 53.50 | 53.50 | 4370400 |
| 8/27/2019 | 53.65 | 54.28 | 53.65 | 54.00 | 54.00 | 2682800 |
| 8/28/2019 | 53.83 | 53.83 | 53.17 | 53.47 | 53.47 | 1335800 |
| 8/29/2019 | 53.31 | 53.65 | 53.10 | 53.47 | 53.47 | 1043000 |
| 8/30/2019 | 53.92 | 54.24 | 53.76 | 53.90 | 53.90 | 1535000 |
| 9/3/2019 | 53.32 | 53.37 | 52.47 | 52.51 | 52.51 | 1516400 |
| 9/4/2019 | 53.46 | 53.46 | 52.67 | 52.67 | 52.67 | 3260400 |
| 9/5/2019 | 53.01 | 53.18 | 51.47 | 51.79 | 51.79 | 4577800 |
| 9/6/2019 | 51.99 | 52.79 | 51.99 | 52.15 | 52.15 | 3264600 |
| 9/9/2019 | 52.17 | 52.88 | 52.00 | 52.17 | 52.17 | 1929200 |
| 9/10/2019 | 52.34 | 52.34 | 51.62 | 51.87 | 51.87 | 1406800 |
| 9/11/2019 | 52.24 | 52.61 | 52.03 | 52.50 | 52.50 | 2880400 |
| 9/12/2019 | 53.10 | 53.16 | 52.33 | 52.46 | 52.46 | 2781000 |
| 9/13/2019 | 52.75 | 53.04 | 52.38 | 52.49 | 52.49 | 1604600 |
| 9/16/2019 | 52.04 | 52.29 | 51.69 | 51.92 | 51.92 | 1402000 |

HDFC Historical Closing Prices July 12, 2019 - April 8, 2021
*Source: Yahoo! Finance*

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 9/17/2019 | 51.50 | 52.17 | 51.28 | 51.93 | 51.93 | 992200 |
| 9/18/2019 | 51.50 | 51.87 | 51.08 | 51.46 | 51.46 | 1217600 |
| 9/19/2019 | 51.26 | 51.76 | 51.03 | 51.28 | 51.28 | 1427600 |
| 9/20/2019 | 56.04 | 56.49 | 55.76 | 56.09 | 56.09 | 6198000 |
| 9/23/2019 | 58.50 | 59.24 | 57.73 | 59.18 | 59.18 | 4681600 |
| 9/24/2019 | 58.80 | 59.29 | 57.85 | 57.91 | 57.91 | 3587200 |
| 9/25/2019 | 57.50 | 57.52 | 56.72 | 57.51 | 57.51 | 4884200 |
| 9/26/2019 | 58.74 | 59.43 | 58.34 | 59.02 | 59.02 | 2947000 |
| 9/27/2019 | 59.74 | 59.75 | 57.79 | 58.25 | 58.25 | 2607800 |
| 9/30/2019 | 57.81 | 58.00 | 56.78 | 57.05 | 57.05 | 2002800 |
| 10/1/2019 | 57.43 | 57.53 | 56.64 | 57.42 | 57.42 | 1517300 |
| 10/2/2019 | 56.77 | 57.00 | 56.32 | 56.47 | 56.47 | 1754600 |
| 10/3/2019 | 56.72 | 57.64 | 56.47 | 57.62 | 57.62 | 1785700 |
| 10/4/2019 | 55.85 | 56.00 | 54.66 | 55.22 | 55.22 | 2907600 |
| 10/7/2019 | 54.93 | 55.84 | 54.85 | 55.81 | 55.81 | 2183800 |
| 10/8/2019 | 55.64 | 55.94 | 55.55 | 55.93 | 55.93 | 2535600 |
| 10/9/2019 | 56.80 | 57.19 | 56.70 | 56.78 | 56.78 | 1312100 |
| 10/10/2019 | 56.33 | 56.43 | 55.74 | 56.42 | 56.42 | 1713500 |
| 10/11/2019 | 56.59 | 56.84 | 55.87 | 56.04 | 56.04 | 1011500 |
| 10/14/2019 | 55.84 | 55.98 | 55.36 | 55.81 | 55.81 | 830200 |
| 10/15/2019 | 56.21 | 57.26 | 55.78 | 57.03 | 57.03 | 1673000 |
| 10/16/2019 | 56.92 | 57.55 | 56.54 | 57.33 | 57.33 | 1655300 |
| 10/17/2019 | 57.53 | 58.23 | 57.53 | 57.70 | 57.70 | 1495100 |
| 10/18/2019 | 57.84 | 58.09 | 56.97 | 57.07 | 57.07 | 1143700 |
| 10/21/2019 | 57.27 | 58.78 | 57.13 | 58.61 | 58.61 | 1195900 |
| 10/22/2019 | 58.92 | 59.40 | 58.65 | 58.78 | 58.78 | 1551500 |
| 10/23/2019 | 58.90 | 59.38 | 58.82 | 59.37 | 59.37 | 1834000 |
| 10/24/2019 | 59.33 | 59.95 | 59.17 | 59.93 | 59.93 | 2076000 |
| 10/25/2019 | 59.67 | 60.38 | 59.38 | 60.10 | 60.10 | 2172400 |
| 10/28/2019 | 60.49 | 60.81 | 60.05 | 60.09 | 60.09 | 1429000 |
| 10/29/2019 | 60.16 | 60.97 | 60.16 | 60.75 | 60.75 | 1546800 |
| 10/30/2019 | 60.75 | 61.26 | 60.48 | 61.23 | 61.23 | 1533700 |
| 10/31/2019 | 60.81 | 61.24 | 60.67 | 61.09 | 61.09 | 2153700 |
| 11/1/2019 | 61.70 | 61.77 | 60.99 | 61.57 | 61.57 | 1558500 |
| 11/4/2019 | 61.57 | 61.82 | 61.06 | 61.64 | 61.64 | 1164100 |
| 11/5/2019 | 61.75 | 61.95 | 60.93 | 60.99 | 60.99 | 2050500 |
| 11/6/2019 | 61.32 | 62.19 | 60.86 | 62.11 | 62.11 | 1077900 |
| 11/7/2019 | 62.80 | 63.01 | 62.17 | 62.27 | 62.27 | 936700 |
| 11/8/2019 | 62.13 | 62.40 | 61.74 | 61.81 | 61.81 | 1119700 |
| 11/11/2019 | 61.91 | 62.40 | 61.81 | 61.85 | 61.85 | 575000 |
| 11/12/2019 | 61.91 | 62.24 | 61.54 | 61.57 | 61.57 | 1017500 |
| 11/13/2019 | 61.30 | 61.88 | 61.07 | 61.50 | 61.50 | 961600 |
| 11/14/2019 | 61.50 | 62.20 | 61.44 | 62.09 | 62.09 | 1328500 |
| 11/15/2019 | 62.30 | 62.48 | 61.72 | 61.96 | 61.96 | 903500 |
| 11/18/2019 | 61.80 | 61.88 | 61.31 | 61.39 | 61.39 | 1060800 |
| 11/19/2019 | 61.51 | 61.62 | 61.12 | 61.42 | 61.42 | 1244600 |

HDFC Historical Closing Prices July 12, 2019 - April 8, 2021

*Source: Yahoo! Finance*

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 11/20/2019 | 61.24 | 62.10 | 61.24 | 61.77 | 61.77 | 1038300 |
| 11/21/2019 | 61.90 | 62.01 | 61.43 | 61.69 | 61.69 | 1701700 |
| 11/22/2019 | 61.50 | 61.91 | 61.38 | 61.61 | 61.61 | 780100 |
| 11/25/2019 | 62.00 | 62.46 | 61.96 | 62.39 | 62.39 | 1671200 |
| 11/26/2019 | 62.11 | 62.77 | 62.10 | 62.73 | 62.73 | 929700 |
| 11/27/2019 | 62.72 | 63.47 | 62.47 | 63.39 | 63.39 | 1012400 |
| 11/29/2019 | 62.55 | 62.55 | 61.34 | 61.75 | 61.75 | 938500 |
| 12/2/2019 | 61.82 | 62.00 | 61.41 | 61.97 | 61.97 | 1095400 |
| 12/3/2019 | 61.37 | 61.84 | 61.21 | 61.61 | 61.61 | 890100 |
| 12/4/2019 | 61.87 | 62.60 | 61.87 | 62.38 | 62.38 | 1408400 |
| 12/5/2019 | 62.23 | 62.51 | 61.80 | 62.43 | 62.43 | 1149200 |
| 12/6/2019 | 62.40 | 62.41 | 61.56 | 62.39 | 62.39 | 1232900 |
| 12/9/2019 | 62.30 | 62.45 | 61.95 | 62.30 | 62.30 | 957500 |
| 12/10/2019 | 62.65 | 63.22 | 62.48 | 62.98 | 62.98 | 1527000 |
| 12/11/2019 | 62.98 | 63.20 | 62.55 | 63.19 | 63.19 | 1209800 |
| 12/12/2019 | 63.78 | 63.96 | 63.32 | 63.44 | 63.44 | 980100 |
| 12/13/2019 | 63.71 | 64.00 | 63.39 | 63.45 | 63.45 | 1215000 |
| 12/16/2019 | 63.20 | 63.44 | 62.53 | 63.26 | 63.26 | 1133700 |
| 12/17/2019 | 63.89 | 64.50 | 63.82 | 64.37 | 64.37 | 1918100 |
| 12/18/2019 | 65.00 | 65.38 | 64.59 | 64.75 | 64.75 | 1371500 |
| 12/19/2019 | 64.59 | 64.81 | 64.12 | 64.15 | 64.15 | 1031600 |
| 12/20/2019 | 64.81 | 64.84 | 64.28 | 64.40 | 64.40 | 971100 |
| 12/23/2019 | 64.41 | 64.49 | 63.64 | 63.77 | 63.77 | 994100 |
| 12/24/2019 | 63.45 | 63.85 | 63.28 | 63.78 | 63.78 | 475100 |
| 12/26/2019 | 62.99 | 63.64 | 62.93 | 63.30 | 63.30 | 703700 |
| 12/27/2019 | 63.64 | 63.69 | 62.97 | 63.11 | 63.11 | 733300 |
| 12/30/2019 | 63.52 | 63.70 | 62.79 | 62.94 | 62.94 | 980200 |
| 12/31/2019 | 62.82 | 63.40 | 62.73 | 63.37 | 63.37 | 514300 |
| 1/2/2020 | 63.86 | 64.19 | 63.30 | 63.70 | 63.70 | 1115700 |
| 1/3/2020 | 62.93 | 63.09 | 61.96 | 62.01 | 62.01 | 1491700 |
| 1/6/2020 | 61.00 | 61.31 | 60.37 | 60.91 | 60.91 | 2323000 |
| 1/7/2020 | 61.28 | 61.47 | 60.69 | 60.69 | 60.69 | 1228400 |
| 1/8/2020 | 60.71 | 61.63 | 60.70 | 61.34 | 61.34 | 1744100 |
| 1/9/2020 | 62.05 | 62.54 | 61.97 | 62.52 | 62.52 | 1456000 |
| 1/10/2020 | 62.71 | 62.81 | 61.88 | 61.90 | 61.90 | 1222400 |
| 1/13/2020 | 62.75 | 63.14 | 62.45 | 62.85 | 62.85 | 1726200 |
| 1/14/2020 | 62.85 | 63.23 | 62.53 | 62.81 | 62.81 | 1011200 |
| 1/15/2020 | 62.92 | 63.14 | 62.15 | 62.46 | 62.46 | 963200 |
| 1/16/2020 | 62.81 | 62.81 | 61.59 | 61.64 | 61.64 | 1721300 |
| 1/17/2020 | 61.70 | 61.86 | 61.35 | 61.74 | 61.74 | 1156100 |
| 1/21/2020 | 60.95 | 60.95 | 58.97 | 59.09 | 59.09 | 2682400 |
| 1/22/2020 | 59.59 | 59.97 | 58.80 | 58.90 | 58.90 | 2249300 |
| 1/23/2020 | 59.08 | 59.27 | 58.65 | 58.74 | 58.74 | 1506600 |
| 1/24/2020 | 59.35 | 59.98 | 59.01 | 59.23 | 59.23 | 1549100 |
| 1/27/2020 | 58.32 | 58.37 | 57.91 | 58.06 | 58.06 | 1081400 |
| 1/28/2020 | 58.20 | 58.43 | 57.47 | 58.00 | 58.00 | 1667500 |

HDFC Historical Closing Prices July 12, 2019 - April 8, 2021
*Source: Yahoo! Finance*

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 1/29/2020 | 58.54 | 58.54 | 57.82 | 58.11 | 58.11 | 2261100 |
| 1/30/2020 | 57.71 | 57.84 | 57.20 | 57.59 | 57.59 | 1508800 |
| 1/31/2020 | 57.34 | 57.61 | 56.94 | 57.28 | 57.28 | 2357000 |
| 2/3/2020 | 57.21 | 57.71 | 57.07 | 57.56 | 57.56 | 1744000 |
| 2/4/2020 | 58.52 | 59.44 | 58.51 | 58.95 | 58.95 | 1770400 |
| 2/5/2020 | 59.78 | 59.79 | 58.68 | 58.98 | 58.98 | 1759500 |
| 2/6/2020 | 59.38 | 59.62 | 59.13 | 59.58 | 59.58 | 1032800 |
| 2/7/2020 | 59.22 | 59.42 | 58.73 | 58.76 | 58.76 | 948700 |
| 2/10/2020 | 58.65 | 59.22 | 58.65 | 58.85 | 58.85 | 632000 |
| 2/11/2020 | 59.46 | 60.33 | 59.23 | 59.54 | 59.54 | 1179800 |
| 2/12/2020 | 59.97 | 60.14 | 59.51 | 59.81 | 59.81 | 706200 |
| 2/13/2020 | 59.65 | 60.06 | 59.20 | 59.73 | 59.73 | 1210500 |
| 2/14/2020 | 58.95 | 59.00 | 58.45 | 58.74 | 58.74 | 1037900 |
| 2/18/2020 | 58.17 | 58.87 | 57.84 | 58.75 | 58.75 | 1357500 |
| 2/19/2020 | 58.97 | 59.02 | 58.23 | 58.44 | 58.44 | 1230400 |
| 2/20/2020 | 58.02 | 58.46 | 57.60 | 57.97 | 57.97 | 1612600 |
| 2/21/2020 | 57.80 | 58.07 | 57.18 | 57.52 | 57.52 | 1186600 |
| 2/24/2020 | 56.37 | 57.04 | 56.14 | 56.59 | 56.59 | 1864300 |
| 2/25/2020 | 57.24 | 57.41 | 55.70 | 55.72 | 55.72 | 1952000 |
| 2/26/2020 | 56.11 | 56.76 | 55.39 | 55.43 | 55.43 | 2549000 |
| 2/27/2020 | 55.48 | 55.83 | 54.82 | 54.99 | 54.99 | 3772200 |
| 2/28/2020 | 54.03 | 55.14 | 53.36 | 54.85 | 54.85 | 3037100 |
| 3/2/2020 | 53.74 | 54.72 | 53.72 | 54.65 | 54.65 | 2298000 |
| 3/3/2020 | 54.58 | 55.35 | 53.27 | 53.72 | 53.72 | 3280000 |
| 3/4/2020 | 53.05 | 53.28 | 52.67 | 52.98 | 52.98 | 3261200 |
| 3/5/2020 | 52.72 | 52.89 | 51.33 | 51.49 | 51.49 | 3500000 |
| 3/6/2020 | 50.72 | 51.61 | 50.30 | 51.40 | 51.40 | 5047600 |
| 3/9/2020 | 49.31 | 49.99 | 48.00 | 49.19 | 49.19 | 3550100 |
| 3/10/2020 | 50.28 | 50.81 | 48.96 | 50.69 | 50.69 | 3282000 |
| 3/11/2020 | 49.80 | 50.17 | 48.16 | 48.39 | 48.39 | 2632500 |
| 3/12/2020 | 44.79 | 45.55 | 43.45 | 44.75 | 44.75 | 3941500 |
| 3/13/2020 | 49.10 | 50.36 | 46.34 | 47.67 | 47.67 | 3731200 |
| 3/16/2020 | 43.00 | 45.43 | 42.89 | 43.14 | 43.14 | 3796000 |
| 3/17/2020 | 43.52 | 46.95 | 43.52 | 46.74 | 46.74 | 4635900 |
| 3/18/2020 | 40.95 | 41.92 | 38.53 | 41.22 | 41.22 | 5996000 |
| 3/19/2020 | 39.70 | 40.00 | 35.07 | 36.34 | 36.34 | 10068000 |
| 3/20/2020 | 37.00 | 37.52 | 35.60 | 35.78 | 35.78 | 7248100 |
| 3/23/2020 | 32.67 | 33.00 | 29.50 | 29.96 | 29.96 | 9778600 |
| 3/24/2020 | 32.58 | 35.27 | 31.39 | 32.99 | 32.99 | 9652700 |
| 3/25/2020 | 34.88 | 37.58 | 34.53 | 37.00 | 37.00 | 4702000 |
| 3/26/2020 | 38.51 | 41.58 | 38.51 | 41.22 | 41.22 | 5986900 |
| 3/27/2020 | 39.37 | 40.66 | 37.07 | 39.31 | 39.31 | 5284400 |
| 3/30/2020 | 37.96 | 38.82 | 36.61 | 38.76 | 38.76 | 3705800 |
| 3/31/2020 | 39.10 | 39.50 | 37.99 | 38.46 | 38.46 | 3072500 |
| 4/1/2020 | 36.54 | 37.14 | 35.59 | 36.06 | 36.06 | 2812600 |
| 4/2/2020 | 36.06 | 37.59 | 35.77 | 37.57 | 37.57 | 3112700 |

HDFC Historical Closing Prices July 12, 2019 - April 8, 2021

*Source: Yahoo! Finance*

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| 4/3/2020 | 36.98 | 37.05 | 33.86 | 34.59 | 34.59 | 3275400 |
| 4/6/2020 | 36.63 | 38.52 | 36.37 | 36.95 | 36.95 | 4605100 |
| 4/7/2020 | 39.33 | 39.45 | 36.80 | 37.02 | 37.02 | 3567800 |
| 4/8/2020 | 38.21 | 39.18 | 37.28 | 38.84 | 38.84 | 2623300 |
| 4/9/2020 | 39.60 | 41.67 | 39.51 | 40.76 | 40.76 | 2493400 |
| 4/13/2020 | 40.00 | 40.36 | 38.01 | 39.65 | 39.65 | 2034200 |
| 4/14/2020 | 41.25 | 41.51 | 39.93 | 41.00 | 41.00 | 1769000 |
| 4/15/2020 | 38.44 | 39.15 | 38.11 | 38.59 | 38.59 | 1994300 |
| 4/16/2020 | 39.32 | 39.50 | 36.94 | 37.70 | 37.70 | 3260600 |
| 4/17/2020 | 40.84 | 41.34 | 38.72 | 39.97 | 39.97 | 5134500 |
| 4/20/2020 | 40.81 | 42.33 | 40.55 | 41.39 | 41.39 | 2871300 |
| 4/21/2020 | 39.65 | 40.30 | 38.44 | 38.97 | 38.97 | 2718600 |
| 4/22/2020 | 40.93 | 41.05 | 39.95 | 40.78 | 40.78 | 2550400 |
| 4/23/2020 | 41.00 | 41.84 | 40.67 | 40.88 | 40.88 | 2234200 |
| 4/24/2020 | 40.72 | 40.80 | 39.70 | 39.95 | 39.95 | 1757300 |
| 4/27/2020 | 40.51 | 40.74 | 40.03 | 40.59 | 40.59 | 2211700 |
| 4/28/2020 | 41.78 | 42.37 | 40.81 | 40.84 | 40.84 | 2176900 |
| 4/29/2020 | 43.65 | 44.92 | 43.39 | 44.91 | 44.91 | 3336200 |
| 4/30/2020 | 44.85 | 44.85 | 42.67 | 43.35 | 43.35 | 2094200 |
| 5/1/2020 | 42.25 | 42.32 | 41.41 | 42.10 | 42.10 | 1402300 |
| 5/4/2020 | 40.52 | 40.96 | 39.85 | 40.70 | 40.70 | 2038600 |
| 5/5/2020 | 40.65 | 41.66 | 40.62 | 40.76 | 40.76 | 1290000 |
| 5/6/2020 | 41.57 | 41.69 | 40.70 | 40.74 | 40.74 | 1218300 |
| 5/7/2020 | 40.76 | 41.63 | 40.17 | 40.31 | 40.31 | 2188500 |
| 5/8/2020 | 41.42 | 41.67 | 40.25 | 40.59 | 40.59 | 2751800 |
| 5/11/2020 | 40.18 | 40.20 | 38.49 | 38.52 | 38.52 | 4495800 |
| 5/12/2020 | 39.59 | 41.75 | 38.45 | 40.38 | 40.38 | 7410100 |
| 5/13/2020 | 40.62 | 40.62 | 37.92 | 37.98 | 37.98 | 6679400 |
| 5/14/2020 | 37.36 | 38.41 | 36.51 | 37.59 | 37.59 | 7302000 |
| 5/15/2020 | 37.08 | 37.31 | 36.28 | 36.44 | 36.44 | 5783000 |
| 5/18/2020 | 36.71 | 36.99 | 36.44 | 36.53 | 36.53 | 7125300 |
| 5/19/2020 | 36.75 | 36.83 | 35.65 | 35.87 | 35.87 | 3890000 |
| 5/20/2020 | 36.73 | 37.96 | 36.60 | 37.77 | 37.77 | 2594400 |
| 5/21/2020 | 37.58 | 38.04 | 37.20 | 37.20 | 37.20 | 2601300 |
| 5/22/2020 | 36.42 | 36.73 | 36.25 | 36.72 | 36.72 | 1626000 |
| 5/26/2020 | 37.89 | 38.10 | 37.44 | 37.60 | 37.60 | 3692300 |
| 5/27/2020 | 39.76 | 40.90 | 39.28 | 40.82 | 40.82 | 5130100 |
| 5/28/2020 | 42.01 | 42.01 | 41.06 | 41.10 | 41.10 | 5337400 |
| 5/29/2020 | 40.79 | 41.99 | 40.78 | 41.83 | 41.83 | 3126800 |
| 6/1/2020 | 42.46 | 43.21 | 42.06 | 42.51 | 42.51 | 2316300 |
| 6/2/2020 | 43.62 | 44.68 | 43.50 | 44.60 | 44.60 | 3382800 |
| 6/3/2020 | 45.49 | 46.15 | 45.39 | 46.09 | 46.09 | 3884200 |
| 6/4/2020 | 45.72 | 46.22 | 44.98 | 45.38 | 45.38 | 3543600 |
| 6/5/2020 | 47.64 | 47.65 | 46.64 | 47.61 | 47.61 | 3363600 |
| 6/8/2020 | 46.81 | 47.00 | 45.65 | 45.83 | 45.83 | 2556100 |
| 6/9/2020 | 44.66 | 44.68 | 43.70 | 43.87 | 43.87 | 3040000 |

HDFC Historical Closing Prices July 12, 2019 - April 8, 2021
*Source: Yahoo! Finance*

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 6/10/2020 | 44.20 | 44.38 | 43.52 | 43.63 | 43.63 | 1824600 |
| 6/11/2020 | 41.94 | 42.18 | 40.61 | 40.73 | 40.73 | 4015700 |
| 6/12/2020 | 42.70 | 43.09 | 41.71 | 42.33 | 42.33 | 2510600 |
| 6/15/2020 | 41.22 | 42.23 | 40.79 | 41.78 | 41.78 | 2270800 |
| 6/16/2020 | 43.00 | 43.47 | 42.48 | 42.72 | 42.72 | 1915800 |
| 6/17/2020 | 42.83 | 43.00 | 42.54 | 42.72 | 42.72 | 1523100 |
| 6/18/2020 | 43.51 | 44.42 | 43.40 | 43.75 | 43.75 | 1419500 |
| 6/19/2020 | 44.63 | 45.08 | 44.10 | 44.69 | 44.69 | 2611700 |
| 6/22/2020 | 44.59 | 45.12 | 44.36 | 44.72 | 44.72 | 1751900 |
| 6/23/2020 | 45.51 | 46.23 | 45.35 | 45.43 | 45.43 | 2453300 |
| 6/24/2020 | 44.80 | 44.80 | 43.65 | 44.11 | 44.11 | 1616500 |
| 6/25/2020 | 43.59 | 45.93 | 43.59 | 45.65 | 45.65 | 2481200 |
| 6/26/2020 | 45.35 | 46.00 | 44.93 | 45.09 | 45.09 | 2031000 |
| 6/29/2020 | 45.66 | 45.85 | 45.22 | 45.62 | 45.62 | 2149200 |
| 6/30/2020 | 45.53 | 45.63 | 44.98 | 45.46 | 45.46 | 1625000 |
| 7/1/2020 | 46.19 | 48.21 | 46.08 | 47.93 | 47.93 | 3796800 |
| 7/2/2020 | 48.48 | 48.72 | 47.64 | 47.76 | 47.76 | 1627800 |
| 7/6/2020 | 49.06 | 49.44 | 48.64 | 48.82 | 48.82 | 1209300 |
| 7/7/2020 | 49.00 | 49.04 | 47.79 | 47.92 | 47.92 | 1679500 |
| 7/8/2020 | 48.19 | 48.69 | 47.84 | 48.63 | 48.63 | 2009900 |
| 7/9/2020 | 48.63 | 48.86 | 48.01 | 48.55 | 48.55 | 1378500 |
| 7/10/2020 | 47.63 | 48.42 | 47.46 | 48.39 | 48.39 | 1337600 |
| 7/13/2020 | 47.54 | 47.72 | 46.74 | 47.02 | 47.02 | 2154300 |
| 7/14/2020 | 45.83 | 46.38 | 45.62 | 46.30 | 46.30 | 1714400 |
| 7/15/2020 | 46.70 | 47.41 | 46.60 | 46.73 | 46.73 | 1328300 |
| 7/16/2020 | 46.52 | 46.78 | 46.24 | 46.46 | 46.46 | 808100 |
| 7/17/2020 | 47.61 | 47.68 | 47.27 | 47.28 | 47.28 | 1230000 |
| 7/20/2020 | 49.16 | 51.82 | 48.97 | 51.51 | 51.51 | 4134000 |
| 7/21/2020 | 51.47 | 52.15 | 51.44 | 52.05 | 52.05 | 2112900 |
| 7/22/2020 | 50.61 | 51.06 | 49.89 | 50.12 | 50.12 | 1695500 |
| 7/23/2020 | 50.09 | 50.73 | 49.92 | 50.15 | 50.15 | 1174500 |
| 7/24/2020 | 49.89 | 50.26 | 49.54 | 50.25 | 50.25 | 2584100 |
| 7/27/2020 | 48.46 | 49.10 | 48.36 | 48.55 | 48.55 | 2870900 |
| 7/28/2020 | 48.04 | 48.71 | 47.93 | 48.50 | 48.50 | 1853800 |
| 7/29/2020 | 47.76 | 48.71 | 47.76 | 48.71 | 48.71 | 2929700 |
| 7/30/2020 | 47.07 | 47.77 | 47.07 | 47.53 | 47.53 | 2144300 |
| 7/31/2020 | 46.80 | 47.23 | 46.17 | 46.75 | 46.75 | 2879200 |
| 8/3/2020 | 45.71 | 46.10 | 45.40 | 45.76 | 45.76 | 2728400 |
| 8/4/2020 | 47.25 | 47.25 | 45.91 | 46.31 | 46.31 | 1729400 |
| 8/5/2020 | 46.45 | 46.77 | 46.09 | 46.41 | 46.41 | 1379500 |
| 8/6/2020 | 46.57 | 46.73 | 46.10 | 46.31 | 46.31 | 1215200 |
| 8/7/2020 | 46.48 | 46.53 | 45.91 | 46.53 | 46.53 | 1407900 |
| 8/10/2020 | 47.10 | 47.24 | 45.96 | 46.14 | 46.14 | 1374800 |
| 8/11/2020 | 47.30 | 47.77 | 47.04 | 47.04 | 47.04 | 1599200 |
| 8/12/2020 | 47.71 | 47.83 | 46.77 | 47.15 | 47.15 | 1188000 |
| 8/13/2020 | 46.65 | 47.47 | 46.32 | 47.15 | 47.15 | 1337900 |

HDFC Historical Closing Prices July 12, 2019 - April 8, 2021

*Source: Yahoo! Finance*

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| 8/14/2020 | 46.18 | 47.05 | 46.14 | 46.67 | 46.67 | 1300500 |
| 8/17/2020 | 46.20 | 46.49 | 45.56 | 45.87 | 45.87 | 1472100 |
| 8/18/2020 | 47.00 | 47.72 | 46.91 | 47.57 | 47.57 | 1856000 |
| 8/19/2020 | 47.10 | 47.67 | 47.05 | 47.19 | 47.19 | 866700 |
| 8/20/2020 | 46.78 | 47.89 | 46.69 | 47.72 | 47.72 | 1030400 |
| 8/21/2020 | 48.30 | 48.59 | 48.04 | 48.40 | 48.40 | 824500 |
| 8/24/2020 | 49.97 | 50.15 | 49.42 | 49.71 | 49.71 | 1736700 |
| 8/25/2020 | 50.01 | 50.20 | 49.52 | 50.09 | 50.09 | 999700 |
| 8/26/2020 | 50.19 | 50.25 | 49.44 | 49.72 | 49.72 | 1050600 |
| 8/27/2020 | 49.29 | 49.64 | 49.05 | 49.41 | 49.41 | 1864400 |
| 8/28/2020 | 50.21 | 51.27 | 50.14 | 51.09 | 51.09 | 1271400 |
| 8/31/2020 | 49.98 | 50.25 | 49.60 | 49.60 | 49.60 | 1107200 |
| 9/1/2020 | 50.75 | 51.41 | 50.51 | 51.27 | 51.27 | 1284600 |
| 9/2/2020 | 51.19 | 51.92 | 50.95 | 51.76 | 51.76 | 1081400 |
| 9/3/2020 | 51.36 | 51.65 | 50.45 | 50.89 | 50.89 | 1246200 |
| 9/4/2020 | 50.89 | 51.02 | 49.31 | 50.10 | 50.10 | 1411300 |
| 9/8/2020 | 49.56 | 50.17 | 49.33 | 49.47 | 49.47 | 1590500 |
| 9/9/2020 | 49.73 | 50.27 | 49.64 | 49.85 | 49.85 | 914700 |
| 9/10/2020 | 49.68 | 50.08 | 49.02 | 49.27 | 49.27 | 1377000 |
| 9/11/2020 | 49.29 | 49.40 | 48.75 | 49.33 | 49.33 | 1018500 |
| 9/14/2020 | 48.70 | 49.11 | 48.49 | 48.82 | 48.82 | 1028900 |
| 9/15/2020 | 49.57 | 49.82 | 49.38 | 49.49 | 49.49 | 1048700 |
| 9/16/2020 | 49.75 | 50.60 | 49.71 | 50.46 | 50.46 | 1114800 |
| 9/17/2020 | 49.85 | 50.25 | 49.63 | 50.23 | 50.23 | 766300 |
| 9/18/2020 | 48.92 | 49.30 | 48.71 | 48.99 | 48.99 | 1139000 |
| 9/21/2020 | 48.26 | 48.26 | 47.46 | 48.09 | 48.09 | 1330700 |
| 9/22/2020 | 47.69 | 48.37 | 47.57 | 48.27 | 48.27 | 1151700 |
| 9/23/2020 | 48.47 | 48.67 | 47.98 | 48.08 | 48.08 | 1159300 |
| 9/24/2020 | 47.02 | 47.91 | 46.62 | 47.64 | 47.64 | 981100 |
| 9/25/2020 | 47.94 | 48.66 | 47.53 | 48.63 | 48.63 | 879100 |
| 9/28/2020 | 48.90 | 49.29 | 48.51 | 48.54 | 48.54 | 1249600 |
| 9/29/2020 | 48.78 | 49.11 | 48.41 | 48.96 | 48.96 | 1496300 |
| 9/30/2020 | 49.59 | 50.59 | 49.21 | 49.96 | 49.96 | 1747300 |
| 10/1/2020 | 51.05 | 51.98 | 51.00 | 51.78 | 51.78 | 1230400 |
| 10/2/2020 | 51.44 | 52.18 | 51.08 | 51.77 | 51.77 | 988000 |
| 10/5/2020 | 52.24 | 52.89 | 52.16 | 52.52 | 52.52 | 1446500 |
| 10/6/2020 | 53.75 | 54.11 | 53.25 | 53.29 | 53.29 | 1159200 |
| 10/7/2020 | 54.05 | 54.40 | 53.85 | 53.95 | 53.95 | 960500 |
| 10/8/2020 | 54.89 | 55.30 | 54.00 | 54.85 | 54.85 | 1746900 |
| 10/9/2020 | 56.31 | 56.68 | 56.08 | 56.22 | 56.22 | 1253900 |
| 10/12/2020 | 55.00 | 55.99 | 55.00 | 55.75 | 55.75 | 878600 |
| 10/13/2020 | 54.73 | 55.77 | 54.63 | 55.71 | 55.71 | 1284700 |
| 10/14/2020 | 56.10 | 56.66 | 55.90 | 56.41 | 56.41 | 941200 |
| 10/15/2020 | 54.47 | 55.48 | 54.35 | 55.40 | 55.40 | 1335000 |
| 10/16/2020 | 56.67 | 56.71 | 55.61 | 56.00 | 56.00 | 1158500 |
| 10/19/2020 | 56.75 | 57.96 | 56.51 | 57.40 | 57.40 | 2268300 |

HDFC Historical Closing Prices: July 12, 2019 - April 8, 2021
*Source: Yahoo! Finance*

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 10/20/2020 | 58.30 | 59.42 | 58.26 | 58.90 | 58.90 | 2615000 |
| 10/21/2020 | 59.12 | 59.84 | 58.77 | 59.78 | 59.78 | 1273600 |
| 10/22/2020 | 59.34 | 60.15 | 59.20 | 60.02 | 60.02 | 1953100 |
| 10/23/2020 | 59.66 | 60.38 | 59.66 | 60.36 | 60.36 | 1213900 |
| 10/26/2020 | 59.48 | 59.65 | 59.29 | 59.45 | 59.45 | 1528100 |
| 10/27/2020 | 60.23 | 60.23 | 59.50 | 59.90 | 59.90 | 2241200 |
| 10/28/2020 | 58.85 | 58.94 | 58.19 | 58.57 | 58.57 | 3245700 |
| 10/29/2020 | 57.67 | 57.82 | 57.16 | 57.60 | 57.60 | 1834600 |
| 10/30/2020 | 57.65 | 57.65 | 56.86 | 57.44 | 57.44 | 1199900 |
| 11/2/2020 | 57.97 | 59.39 | 57.92 | 59.04 | 59.04 | 1994500 |
| 11/3/2020 | 60.04 | 60.56 | 59.60 | 60.15 | 60.15 | 2018200 |
| 11/4/2020 | 60.58 | 61.68 | 60.38 | 61.44 | 61.44 | 1133500 |
| 11/5/2020 | 61.40 | 62.42 | 61.27 | 62.33 | 62.33 | 1194900 |
| 11/6/2020 | 63.10 | 63.97 | 62.30 | 63.45 | 63.45 | 2086400 |
| 11/9/2020 | 66.89 | 68.02 | 66.59 | 66.76 | 66.76 | 2081100 |
| 11/10/2020 | 66.66 | 67.69 | 66.50 | 67.32 | 67.32 | 1694500 |
| 11/11/2020 | 66.76 | 66.76 | 65.86 | 66.49 | 66.49 | 1538500 |
| 11/12/2020 | 66.03 | 66.68 | 64.93 | 66.60 | 66.60 | 1800600 |
| 11/13/2020 | 66.99 | 67.98 | 66.52 | 67.92 | 67.92 | 1714600 |
| 11/16/2020 | 69.05 | 69.25 | 68.51 | 68.72 | 68.72 | 1025200 |
| 11/17/2020 | 68.95 | 69.47 | 68.39 | 68.68 | 68.68 | 1241200 |
| 11/18/2020 | 69.29 | 69.38 | 67.04 | 67.16 | 67.16 | 2072600 |
| 11/19/2020 | 66.69 | 66.85 | 66.25 | 66.62 | 66.62 | 1373500 |
| 11/20/2020 | 67.21 | 67.38 | 66.19 | 66.50 | 66.50 | 1381900 |
| 11/23/2020 | 67.17 | 67.34 | 66.28 | 66.61 | 66.61 | 871100 |
| 11/24/2020 | 68.72 | 70.00 | 68.53 | 69.59 | 69.59 | 1939800 |
| 11/25/2020 | 67.92 | 68.70 | 67.79 | 68.21 | 68.21 | 1613000 |
| 11/27/2020 | 69.38 | 69.38 | 67.66 | 67.82 | 67.82 | 1171600 |
| 11/30/2020 | 67.67 | 69.11 | 67.35 | 69.00 | 69.00 | 1421400 |
| 12/1/2020 | 69.82 | 70.75 | 69.64 | 70.23 | 70.23 | 1251100 |
| 12/2/2020 | 69.33 | 69.94 | 69.02 | 69.73 | 69.73 | 1020200 |
| 12/3/2020 | 68.50 | 68.61 | 67.51 | 68.03 | 68.03 | 1248700 |
| 12/4/2020 | 68.85 | 68.93 | 67.31 | 67.50 | 67.50 | 2099100 |
| 12/7/2020 | 67.09 | 67.63 | 67.07 | 67.33 | 67.33 | 1765300 |
| 12/8/2020 | 67.25 | 67.93 | 67.14 | 67.38 | 67.38 | 963100 |
| 12/9/2020 | 68.79 | 68.90 | 66.68 | 67.45 | 67.45 | 1590000 |
| 12/10/2020 | 66.57 | 67.71 | 65.85 | 67.47 | 67.47 | 1397600 |
| 12/11/2020 | 67.18 | 68.14 | 66.75 | 66.76 | 66.76 | 1938700 |
| 12/14/2020 | 66.77 | 67.81 | 66.33 | 66.60 | 66.60 | 1832400 |
| 12/15/2020 | 67.46 | 68.82 | 67.15 | 68.79 | 68.79 | 1727800 |
| 12/16/2020 | 68.82 | 69.34 | 68.23 | 69.15 | 69.15 | 1450500 |
| 12/17/2020 | 70.25 | 70.95 | 69.77 | 70.35 | 70.35 | 1899400 |
| 12/18/2020 | 69.00 | 70.44 | 68.83 | 70.44 | 70.44 | 1700000 |
| 12/21/2020 | 67.89 | 68.40 | 67.38 | 68.35 | 68.35 | 1666100 |
| 12/22/2020 | 68.59 | 68.78 | 67.85 | 68.42 | 68.42 | 720700 |
| 12/23/2020 | 68.87 | 69.52 | 68.80 | 69.07 | 69.07 | 546500 |

HDFC Historical Closing Price July 12, 2019 - April 8, 2021

*Source: Yahoo! Finance*

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 12/24/2020 | 70.03 | 70.08 | 69.16 | 69.55 | 69.55 | 309700 |
| 12/28/2020 | 70.26 | 70.61 | 69.62 | 70.60 | 70.60 | 775400 |
| 12/29/2020 | 71.07 | 71.40 | 70.69 | 70.72 | 70.72 | 677800 |
| 12/30/2020 | 71.28 | 72.38 | 71.25 | 72.00 | 72.00 | 1109200 |
| 12/31/2020 | 72.44 | 72.44 | 71.76 | 72.26 | 72.26 | 810700 |
| 1/4/2021 | 72.29 | 72.29 | 69.60 | 70.00 | 70.00 | 1236500 |
| 1/5/2021 | 70.96 | 71.68 | 70.79 | 71.54 | 71.54 | 639000 |
| 1/6/2021 | 71.49 | 72.00 | 70.58 | 70.78 | 70.78 | 1311800 |
| 1/7/2021 | 70.85 | 72.28 | 70.77 | 71.96 | 71.96 | 1236300 |
| 1/8/2021 | 72.51 | 72.91 | 72.01 | 72.91 | 72.91 | 831500 |
| 1/11/2021 | 72.50 | 73.36 | 71.97 | 73.22 | 73.22 | 1056000 |
| 1/12/2021 | 74.28 | 74.90 | 73.94 | 74.81 | 74.81 | 1032800 |
| 1/13/2021 | 74.28 | 75.68 | 73.59 | 75.66 | 75.66 | 1458300 |
| 1/14/2021 | 75.64 | 75.90 | 75.13 | 75.67 | 75.67 | 1052700 |
| 1/15/2021 | 75.56 | 75.84 | 74.47 | 74.88 | 74.88 | 1722200 |
| 1/19/2021 | 76.12 | 76.12 | 74.21 | 74.91 | 74.91 | 2267400 |
| 1/20/2021 | 74.79 | 75.29 | 74.49 | 75.20 | 75.20 | 847600 |
| 1/21/2021 | 74.67 | 74.81 | 73.15 | 73.44 | 73.44 | 1487000 |
| 1/22/2021 | 72.08 | 74.26 | 71.93 | 74.25 | 74.25 | 1101000 |
| 1/25/2021 | 74.68 | 74.99 | 73.45 | 73.68 | 73.68 | 1502500 |
| 1/26/2021 | 73.11 | 73.58 | 72.55 | 72.80 | 72.80 | 1694400 |
| 1/27/2021 | 70.72 | 70.93 | 68.79 | 68.84 | 68.84 | 2304800 |
| 1/28/2021 | 69.29 | 72.08 | 69.09 | 72.00 | 72.00 | 4507400 |
| 1/29/2021 | 71.38 | 72.12 | 70.67 | 72.10 | 72.10 | 2553900 |
| 2/1/2021 | 75.81 | 78.40 | 75.75 | 78.00 | 78.00 | 2514900 |
| 2/2/2021 | 81.40 | 81.68 | 79.00 | 80.08 | 80.08 | 1967300 |
| 2/3/2021 | 79.93 | 81.21 | 79.74 | 80.25 | 80.25 | 1644400 |
| 2/4/2021 | 80.25 | 80.25 | 79.17 | 79.75 | 79.75 | 1032000 |
| 2/5/2021 | 80.35 | 81.97 | 80.03 | 81.95 | 81.95 | 1125700 |
| 2/8/2021 | 81.58 | 82.62 | 81.58 | 82.50 | 82.50 | 1507300 |
| 2/9/2021 | 81.91 | 82.21 | 81.28 | 81.47 | 81.47 | 939900 |
| 2/10/2021 | 81.53 | 81.83 | 80.63 | 80.75 | 80.75 | 1389400 |
| 2/11/2021 | 80.78 | 81.22 | 80.20 | 81.01 | 81.01 | 1633400 |
| 2/12/2021 | 81.68 | 83.26 | 81.46 | 83.04 | 83.04 | 1042700 |
| 2/16/2021 | 84.70 | 84.70 | 82.58 | 83.07 | 83.07 | 1337600 |
| 2/17/2021 | 81.84 | 81.87 | 80.94 | 81.81 | 81.81 | 1038200 |
| 2/18/2021 | 80.85 | 81.71 | 80.84 | 81.45 | 81.45 | 899200 |
| 2/19/2021 | 80.82 | 83.07 | 80.82 | 82.71 | 82.71 | 1877300 |
| 2/22/2021 | 81.77 | 81.82 | 79.98 | 80.10 | 80.10 | 1260900 |
| 2/23/2021 | 79.51 | 80.43 | 78.40 | 79.87 | 79.87 | 1297900 |
| 2/24/2021 | 82.15 | 83.13 | 81.53 | 82.50 | 82.50 | 1824700 |
| 2/25/2021 | 82.79 | 83.60 | 81.78 | 81.80 | 81.80 | 1630700 |
| 2/26/2021 | 78.47 | 79.52 | 77.46 | 79.14 | 79.14 | 1190300 |
| 3/1/2021 | 80.93 | 82.34 | 80.67 | 82.14 | 82.14 | 1092900 |
| 3/2/2021 | 82.16 | 83.33 | 81.88 | 82.80 | 82.80 | 1502300 |
| 3/3/2021 | 83.82 | 83.93 | 81.41 | 82.51 | 82.51 | 1078100 |

HDFC Historical Closing Price July 12, 2019 - April 8, 2021
*Source: Yahoo! Finance*

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 3/4/2021 | 82.16 | 83.17 | 80.05 | 81.33 | 81.33 | 1762800 |
| 3/5/2021 | 82.17 | 82.47 | 80.01 | 82.28 | 82.28 | 1587900 |
| 3/8/2021 | 81.46 | 82.37 | 80.79 | 81.19 | 81.19 | 1487000 |
| 3/9/2021 | 81.87 | 83.87 | 81.87 | 83.26 | 83.26 | 2219400 |
| 3/10/2021 | 82.43 | 83.79 | 82.43 | 82.99 | 82.99 | 978600 |
| 3/11/2021 | 83.66 | 84.00 | 83.03 | 83.75 | 83.75 | 1163900 |
| 3/12/2021 | 82.37 | 82.55 | 80.66 | 80.77 | 80.77 | 1168600 |
| 3/15/2021 | 80.41 | 80.86 | 79.55 | 80.82 | 80.82 | 758600 |
| 3/16/2021 | 80.80 | 83.06 | 80.70 | 82.33 | 82.33 | 1714300 |
| 3/17/2021 | 80.24 | 80.28 | 78.74 | 79.70 | 79.70 | 1857500 |
| 3/18/2021 | 79.50 | 79.50 | 77.52 | 77.80 | 77.80 | 1393200 |
| 3/19/2021 | 78.41 | 79.03 | 77.61 | 77.80 | 77.80 | 2557000 |
| 3/22/2021 | 77.91 | 78.85 | 76.99 | 78.30 | 78.30 | 1269500 |
| 3/23/2021 | 79.14 | 80.00 | 78.52 | 79.17 | 79.17 | 951500 |
| 3/24/2021 | 79.00 | 79.10 | 77.81 | 78.06 | 78.06 | 1330000 |
| 3/25/2021 | 77.29 | 78.38 | 76.74 | 78.20 | 78.20 | 1173200 |
| 3/26/2021 | 79.91 | 80.84 | 78.00 | 79.46 | 79.46 | 1148300 |
| 3/29/2021 | 78.38 | 79.10 | 78.15 | 78.80 | 78.80 | 744000 |
| 3/30/2021 | 80.08 | 81.22 | 79.91 | 80.90 | 80.90 | 949400 |
| 3/31/2021 | 78.68 | 78.77 | 76.91 | 77.69 | 77.69 | 2762000 |
| 4/1/2021 | 77.35 | 78.14 | 77.07 | 77.74 | 77.74 | 1711000 |
| 4/5/2021 | 76.67 | 76.90 | 75.41 | 75.84 | 75.84 | 971300 |
| 4/6/2021 | 76.03 | 76.11 | 75.15 | 75.43 | 75.43 | 1438600 |
| 4/7/2021 | 75.39 | 75.40 | 74.16 | 74.59 | 74.59 | 1108500 |
| 4/8/2021 | 74.85 | 75.00 | 73.75 | 74.28 | 74.28 | 1468610 |