| | |
|---|---|
| ASHMI VIG ARORA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HDFC BANK LIMITED, ADITYA PURI, AND SASHIDHAR JAGDISHAN,<br><br>Defendants. | Case No. 2:20-cv-4140-EK-AKT |

## DECLARATION OF TAMAR A. WEINRIB

I, Tamar A. Weinrib, declare as follows pursuant to 28 U.S.C. ¶ 1746.

1. I am a member of the New York Bar admitted to practice before this Court and am a partner with the law firm of Pomerantz LLP ("Pomerantz" or the "Firm"), Lead Counsel in this matter. I make this declaration in support of Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Amended Class Action Complaint.

2. Attached as Exhibit A is a true and correct copy of a Reserve Bank of India Press Release, dated May 28, 2021, titled "Reserve Bank of India imposes monetary penalty on HDFC Bank Limited," available at:

https://rbidocs.rbi.org.in/rdocs/PressRelease/PDFs/PR285A4E7218FE9BE4D6DB5A0A7EC2A5 BB13B.PDF

3. Attached as Exhibit B is a true and correct copy of a Form 6-K filed by HDFC Bank Limited ("HDFC") with the Securities and Exchange Commission on June 1, 2021.

4.      Attached as Exhibit C is true and correct excerpt from HDFC's Form 20-F filed with the Securities and Exchange Commission on July 31, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2021

_/s/ Tamar A. Weinrib_____
Tamar A. Weinrib