# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

O: 650.493.9300
F: 650.493.6811

December 7, 2021

**VIA CM/ECF**
The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    ***Arora v. HDFC Bank Limited et al.*, No. 2:20-cv-04140-EK-JMW**

Dear Judge Komitee:

We represent Defendants HDFC Bank Limited, Aditya Puri, and Sashidhar Jagdishan ("Defendants") in the above-captioned matter. We write pursuant to Your Honor's Individual Rule I.C.1 to respectfully request an adjournment of the Oral Argument on Defendants' Motion to Dismiss now scheduled for January 3, 2022 to a later date that fits the Court's schedule.

We request the adjournment due to the fact that holding the argument on the current date will prevent family travel and other plans over the holiday period for the undersigned, who is Defendants' lead counsel and will be arguing the motion. This is Defendants' first request for an adjournment of Oral Argument on the Motion to Dismiss. The requested adjournment will not affect any other scheduled dates. Counsel for Plaintiff has advised that Plaintiff consents to this request.

Accordingly, we respectfully request that the Oral Argument be adjourned until a later date in early 2022 that is convenient for the Court. The undersigned has conferred with Plaintiff's counsel and counsel for both parties are available for Oral Argument on January 10, 11, 12, 13, 14, 17, 18 and 19, should any of those dates fit the Court's schedule. Counsel for Plaintiff is not available January 20 through January 28. We thank the Court for its time and consideration of this matter.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Caz Hashemi*
Caz Hashemi

*Counsel for Defendants*

cc:    All Counsel of Record (via CM/ECF)

AUSTIN    BEIJING    BOSTON    BRUSSELS    HONG KONG    LONDON    LOS ANGELES    NEW YORK    PALO ALTO
SAN DIEGO    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, DC    WILMINGTON, DE