<u>CIVIL CAUSE FOR Telephone Oral Argument</u>

BEFORE JUDGE: <u>Eric Komitee, U.S.D.J.</u>
DATE: <u> 1/14/2022</u>
TIME IN COURT: 1 Hr.


DOCKET NUMBER: <u>CV 20-4140</u>
TITLE: <u>Arora v. HDFC Bank Limited et al</u>

COURT REPORTER: <u>Electronically recorded</u>
FTR LOG:

APPEARANCES:

       Plaintiff:     <u>Tamar Weinrib</u>
       Defendants:  <u>Caz Hashemi, Sheryl Shapiro Bassin</u>


SUMMARY: Discussion held. Decision reserved. As discussed on the record, Defendants shall submit a letter, not to exceed five pages, by January 26, 2022. Plaintiffs shall submit a response by February 2, 2022, also in a letter not to exceed five pages.