Clerk's Office
Filed Date:
6/8/2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ASHMI VIG ARORA, individually and on behalf of
all others similarly situated,

         Plaintiff,                       JUDGMENT
                                            20-CV-4140(EK)(JMW)

         -against-

HDFC BANK LIMITED, ADITYA PURI, and
SASHIDHAR JAGDISHAN,

         Defendants.
------------------------------------------------------------ X

         A Memorandum and Order of Honorable Eric Komitee, United States District Judge, having been filed on May 1, 2023, granting Defendants' motion to dismiss without prejudice; granting plaintiff leave to file a further amended complaint within thirty days from the date this Order is filed; otherwise, the claims will be dismissed with prejudice; and an Order having been filed on June 7, 2023, dismissing plaintiff's claims with prejudice; it is

         ORDERED and ADJUDGED that plaintiff's claims are dismissed with prejudice; and that this case is closed.

Dated: Brooklyn, NY                                                 Brenna B. Mahoney
         June 8, 2023                                                Clerk of Court

                                                                       By: */s/Jalitza Poveda*
                                                                               Deputy Clerk